UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUKIO KUSADA,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>)<br>) |
| BERKSHIRE EAST SKI RESORT,<br>UNION TERMINAL PIERS, INC.,<br>and<br>NORTHFIELD MOUNT HERMON<br>SCHOOL,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) |

05 - 30043 - MAP

Civil Action
No.:

FILING FEE PAID:
RECEIPT # _305851_
AMOUNT $ _250.00_
BY DPTY CLK _MGL_
DATE _2/9/05_

---

## COMPLAINT

---

### The Parties

1.  The plaintiff, Yukio Kusada, at all relevant and material times was a student at Northfield Mount Hermon School, 206 Main Street, Northfield, Massachusetts, where he resided during the school year. Mr. Kusada currently resides at 1-8-3 ebisu-higashi, naniwa-ku, Osaka, Japan.

2.  The defendant, Berkshire East Ski Resort, is a Massachusetts business entity with a usual place of business at South River Road, Charlemont, Massachusetts.

3.  The defendant, Union Terminal Piers, Inc., is a Michigan corporation with a usual place of business at Huron Street, Mackinac Island, Michigan.

2

4.    The defendant, Northfield Mount Hermon School, is a Massachusetts educational institution with a usual place of business at 206 Main Street, Northfield, Massachusetts.

### Jurisdiction

5.    Jurisdiction is based upon 28 U.S.C. § 1332.

### The Facts

6.    On or about February 20, 2004, defendant, Berkshire East Ski Resort, owned, operated, and/or maintained the premises of Berkshire East Ski Resort, located in Charlemont, Franklin County, Commonwealth of Massachusetts (hereinafter referred to as "the premises"), and owed a duty to all lawful visitors to maintain and operate the premises in a reasonably safe manner.

7.    On or about February 20, 2004, defendant, Union Terminal Piers, Inc., owned, operated, and/or maintained the premises, and owed a duty to all lawful visitors to maintain and operate the premises in a safe and reasonable manner.

8.    On or about February 20, 2004, defendant, Northfield Mount Hermon School, coordinated and supervised a ski trip to the premises as part of a ski class for its students, including the plaintiff, and owed a duty to the plaintiff to do so in a safe and reasonable manner.

9.    On or about February 20, 2004, the plaintiff, Yukio Kusada, was a student at Northfield Mount Hermon School.

3

10.    On or about February 20, 2004, the plaintiff, Yukio Kusada, was a lawful visitor on the premises as a participant in the ski class coordinated by the defendant, Northfield Mount Hermon School.

11.    On or about February 20, 2004, plaintiff, Yukio Kusada, was skiing on the premises and sustained severe personal injuries.

12.    The injuries sustained by the plaintiff were due to the carelessness and negligence of defendant, Berkshire East Ski Resort, its agents, servants, employees, and/or others for whom it was legally responsible, in the operation and/or maintenance of the premises.

13.    The injuries sustained by the plaintiff were due to the carelessness and negligence of defendant, Union Terminal Piers, Inc., its agents, servants, employees, and/or others for whom it was legally responsible, in the operation and/or maintenance of the premises.

14.    The injuries sustained by the plaintiff were due to the carelessness and negligence of defendant, Northfield Mount Hermon School, its agents, servants, employees, and/or others for whom it was legally responsible, in the care and/or supervision of its students.

15.    As a result of the injuries sustained as aforesaid, the plaintiff, Yukio Kusada, was caused to suffer great pain of body and anguish of mind. His earning capacity has been and will continue to be impaired, and he has expended and will continue to expend large sums of money for medical care and attendance.

4

## Causes of Action

### (Each Cause of Action Incorporates by Reference
### All Previous Allegations)

First Cause of Action

16.    This is an action by the plaintiff, Yukio Kusada, against the defendant, Berkshire East Ski Resort, for damages caused by the negligence of the defendant, its agents, servants, employees or others for whom it was legally responsible resulting in personal injuries and consequential damages.

Second Cause of Action

17.    This is an action by the plaintiff, Yukio Kusada, against the defendant, Union Terminal Piers, Inc., for damages caused by the negligence of the defendant, its agents, servants, employees or others for whom it was legally responsible resulting in personal injuries and consequential damages.

Third Cause of Action

18.    This is an action by the plaintiff, Yukio Kusada, against the defendant, Northfield Mount Hermon School, for damages caused by the negligence of the defendant, its agents, servants, employees or others for whom it was legally responsible resulting in personal injuries and consequential damages.

### Demands for Relief

19.    The plaintiff, Yukio Kusada, demands judgment, in the amount of his damages, together with interest and costs, against the defendants, Berkshire East Ski Resort, Union Terminal Piers, Inc., and Northfield Mount Hermon

5

School, jointly and severally as to the First, Second, and Third Causes of Action.

### Jury Demand

20.   The plaintiff claims a trial by jury as to all counts.

By His Attorneys

BREAKSTONE, WHITE-LIEF & GLUCK, P.C.

RONALD E. GLUCK
BBO #196950
Two Center Plaza
Suite 530
Boston, MA  02108-1906
(617) 723-7676

Dated: February 8, 2005

JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS

Kusada, Yukio
1-8-3 ebisu-higashi, naniwa-ku
Osaka, Japan

**DEFENDANTS** Berkshire East Ski Resort,
Union Terminal Piers, Inc., and
Northfield Mount Hermon School

(b)  County of Residence of First Listed Plaintiff    Osaka, Japan
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Franklin, MA
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c)  Attorney's (Firm Name, Address, and Telephone Number)   617-723-7676
Ronald E. Gluck, Esq., Breakstone, White-Lief
& Gluck, P.C., Two Center Plaza, Boston, MA 02108

Attorneys (If Known)

05 - 30043 - MAP

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** | | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 362 Personal Injury - Med. Malpractice | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 365 Personal Injury - Product Liability | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | **FEDERAL TAX SUITS** |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | ☐ 875 Customer Challenge 12 USC 3410 |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | ☐ 890 Other Statutory Actions |
| | | | | ☐ 891 Agricultural Acts |
| | | | | ☐ 892 Economic Stabilization Act |
| | | | | ☐ 893 Environmental Matters |
| | | | | ☐ 894 Energy Allocation Act |
| | | | | ☐ 895 Freedom of Information Act |
| | | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | | | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN   (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Sec. 1332

Brief description of cause:  Negligence by defendants resulting in plaintiff's severe injuries from ski accident.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE   2/8/05

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only)  Kusada v. Berkshire East Ski Resort

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

05 - 30043 - MAP

☐  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

☐  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
         740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

☒  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
         315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
         380, 385, 450, 891.

☐  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
         690, 810, 861-865, 870, 871, 875, 900.

☐  V.   150, 152, 153.

3.  Title and number, if any, of related cases. (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.


4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                    YES ☐   NO ☒

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)

                                                    YES ☐   NO ☒

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                    YES ☐   NO ☐

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                    YES ☐   NO ☒

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                    YES ☒   NO ☐

    A.  If yes, in which division do all of the non-governmental parties reside?

        Eastern Division ☐      Central Division ☐      Western Division ☒

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,  residing in Massachusetts reside?

        Eastern Division ☐      Central Division ☐      Western Division ☐

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

                                                    YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME    Ronald E. Gluck

ADDRESS  Two Center Plaza, Suite 530, Boston, MA 02108

TELEPHONE NO.  617-723-7676

(Coversheetlocal.wpd - 10/17/02)