UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUKIO KUSADA,<br>    Plaintiff<br><br>v.<br><br>BERKSHIRE EAST SKI RESORT,<br>UNION TERMINAL PIERS, INC. and<br>NORTHFIELD MOUNT HERMON<br>SCHOOL,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Docket No. 05-30043-MAP<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for defendants Berkshire East Ski Resort and Union Terminal Piers, Inc. in the above-entitled action.

Dated: March 4, 2005

DEFENDANTS BERKSHIRE EAST SKI
RESORT and UNION TERMINAL PIERS,
INC.

By their attorneys,

_____
David B. Mongue
BBO No. 351780

For Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247
Tel.: (413) 663-3200
Fax: (413) 663-7970

## CERTIFICATE OF SERVICE

    I, David B. Mongue, hereby certify that on March 4, 2005, I have caused the foregoing document to be served on the parties to this matter by mailing a true copy, postage prepaid, to Ronald E. Gluck, Esq., Breakstone, White-Lief & Gluck, P.C., Two Center Plaza, Suite 530, Boston, MA 02108-1906.

                                                           David B. Mongue

DBM:MGR