# United States District Court

_____ DISTRICT OF _____

O
052754

| | |
|---|---|
| Yukio Kusada<br><br>V.<br><br>Berkshire East Ski Resort,<br>Union Terminal Piers, Inc.<br>and<br>Northfield Mount Hermon School | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>05-30043-MAP |

TO: (Name and address of defendant)
Union Terminal Piers, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald E. Gluck, Esquire
Breakstone, White-Lief & Gluck, P.C.
Two Center Plaza
Suite 530
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    2/9/05
CLERK                                           DATE

_(signature)_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: March 2, 2005, 2:30PM |
| NAME OF SERVER (PRINT): Evan R. Golann | TITLE: Deputy Sheriff-Franklin County |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: In hand to person in charge, business Manager: Katherine Benedetti,* at Berkshire East, South River RD., Charlemont MASS.
*who accepted for Union Terminal Piers, INC.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL: 16.66 | SERVICES: 30.00 + 5.00 copies | TOTAL: 51.66 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 2, 2005 at 2:30PM
   Date

Signature of Server

466 Main Street, Greenfield, MA. 01301
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.