# United States District Court

_____ DISTRICT OF _____

O 052755

| | |
|---|---|
| Yukio Kusada | **SUMMONS IN A CIVIL CASE** |
| v. | CASE NUMBER: |
| Berkshire East Ski Resort, Union Terminal Piers, Inc. and Northfield Mount Hermon School | 05 - 30043 - MAP |

TO: (Name and address of defendant)
Northfield Mount Hermon School

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald E. Gluck, Esquire
Breakstone, White-Lief & Gluck, P.C.
Two Center Plaza, Suite 530
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    2/9/05
CLERK                                           DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE March 01, 2005 @ 11:40 AM |
| NAME OF SERVER (PRINT) Peter Brulotte | TITLE Dep Sheriff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): In hand of James Poulsen, Bus. Mgr. of N.M.H. Served @ Bus. Office 206 Main St - Northfield, MA

### STATEMENT OF SERVICE FEES

| TRAVEL 8:32 travel car - 3.90  $12.22 | SERVICES $35.00  Serv. 30.- copy 5.- | TOTAL $47.22 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 01, 2005  11:40 AM
             Date

Signature of Server: Peter Brulotte  Dep. Sheriff

Address of Server: 466 Main St. - Greenfield, MA 01301
Peter Brulotte - Franklin County

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.