UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUKIO KUSADA,<br>   Plaintiff,<br><br>v.<br><br>BERKSHIRE EAST SKI RESORT, UNION TERMINAL PIERS, INC.,<br>   Defendants,<br><br>and<br><br>NORTHFIELD MOUNT HERMON SCHOOL,<br>   Defendant and<br>   Third-Party Plaintiff,<br><br>v.<br><br>TAKERU KUSADA,<br>   Third-Party Defendant. | Civil Action No. 05-30043-MAP |

## CERTIFICATION OF NORTHFIELD MOUNT HERMON SCHOOL IN COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

We, Richard T. Wood, Chief Financial Officer and Treasurer for Northfield Mount Hermon School, and Harold W. Potter, Jr., Attorney for Northfield Mount Hermon School, hereby affirm pursuant to the Local Rule 16.1(D)(3) that we have conferred:

  a) With a view of establishing a budget for the cost of conducting the full course, and various alternative courses of litigation; and

b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: April 22, 2005

NORTHFIELD MOUNT HERMON SCHOOL

By its attorneys,

_____
Harold W. Potter, Jr. (BBO #404240)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

_____
Richard T. Wood,
Chief Financial Officer and Treasurer

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by Hand Delivery to Ronald E. Gluck, Esq., Breakstone, White-Life & Gluck, P. C., Two Center Plaza, Suite 530 Boston, MA 0-2108 and by first-class mail to David B. Mongue, Esq., Donovan & Connor, LLP, 1330 Mass. MoCA Way, North Adams, MA 01247 this 22nd day of April, 2005.

_____
Harold W. Potter

# 2721556_v1