UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUKIO KUSADA,<br>    Plaintiff<br><br>    v.<br><br>BERKSHIRE EAST SKI RESORT,<br>UNION TERMINAL PIERS, INC.,<br>and<br>NORTHFIELD MOUNT HERMON<br>SCHOOL,<br>    Defendants | )<br>)<br>)<br>)   Civil Action No.  05-30043-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SCHEDULING ORDER
April 27, 2005

NEIMAN, U.S.M.J.

    The following schedule was established at the initial scheduling conference this day:

    1.    The parties shall complete their automatic disclosures by April 28, 2005.

    2.    Any motions to amend the pleadings will be filed by June 30, 2005.

    3.    All written discovery shall be served by July 28, 2005.

    4.    Non-expert depositions shall be completed by November 30, 2005.

    5.    Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by February 3, 2006.

    6.    Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by March 10, 2006.

    7.    All expert depositions shall be completed by April 14, 2006.

    8.    Counsel shall appear for a case management conference on April 25,

2006, at 2:00 p.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: April 27, 2005

                                                   /s/ Kenneth P. Neiman  
                                                  KENNETH P. NEIMAN  
                                                  U.S. Magistrate Judge