UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUKIO KUSADA,<br>    Plaintiff<br><br>v.<br><br>BERKSHIRE EAST SKI RESORT,<br>UNION TERMINAL PIERS, INC.,<br>and<br>NORTHFIELD MOUNT HERMON<br>SCHOOL,<br>    Defendant and<br>    Third Party Plaintiff<br><br>v.<br><br>TAKERU KUSADA<br>    Third Party Defendant | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-30043-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 16.1(D)(3)**

Plaintiff, Yukio Kusada, and his counsel certify, pursuant to Local Rule 16.1(D)(3), that they have conferred on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By His Attorneys
BREAKSTONE, WHITE, LIEF & GLUCK, P.C.

_/s/ signed_

RONALD E. GLUCK - BBO #196950
Two Center Plaza
Suite 530
Boston, MA 02108-1906
(617) 723-7676

Dated: April 28, 2005