UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUKIO KUSADA,<br>    Plaintiff<br><br>    v.<br><br>BERKSHIRE EAST SKI RESORT,<br>UNION TERMINAL PIERS, INC.,<br>and<br>NORTHFIELD MOUNT HERMON<br>SCHOOL,<br>    Defendants | )<br>)<br>)<br>)  Civil Action No.  05-30043-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

REVISED SCHEDULING ORDER
February 15, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS in part the parties' Joint Motion to Modify Scheduling Order (Document No. 17) and revises the schedule as follows:

1. Any motions to amend the pleadings will be filed by March 1, 2006.

2. All written discovery of any new party shall be served by April 15, 2006.

3. Non-expert depositions shall be completed by April 3, 2006.

4. Plaintiff shall designate and disclose information regarding his trial experts as required by F<small>ED</small>. R. C<small>IV</small>. P. 26(a)(2) by April 3, 2006.

5. Defendants shall designate and disclose information regarding their trial experts as required by F<small>ED</small>. R. C<small>IV</small>. P. 26(a)(2) by May 10, 2006.

6. All expert depositions shall be completed by June 30, 2006.

7. Counsel shall appear for a case management conference on July 25, 2006, at 2:00 p.m. in Courtroom Three.  The April 25, 2006 conference is

hereby cancelled.

   IT IS SO ORDERED.

DATED: February 15, 2006

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge