UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUKIO KUSADA,<br>    Plaintiff<br><br>vs.<br><br><br>BERKSHIRE EAST SKI RESORT,<br>UNION TERMINAL PIERS, INC.,<br>NORTHFIELD MOUNT HERMON<br>SCHOOL,<br>FRANCIS MILLARD and<br>MICHAEL ATKINS,<br>    Defendants<br><br>v.<br><br>TAKERU KUSADA<br>    Third Party Defendant | Civil Action<br>No.: Civil Action No.: 05-30043-MAP |

## FIRST AMENDED COMPLAINT

### The Parties

1. The plaintiff, Yukio Kusada, at all relevant and material times was a student at Northfield Mount Hermon School, 206 Main Street, Northfield, Massachusetts, where he resided during the school year. Mr. Kusada currently resides at 1-8-3 ebisu-higashi, naniwa-ku, Osaka, Japan.

2.  The defendant, Berkshire East Ski Resort, is a Massachusetts business entity with a usual place of business at South River Road, Charlemont, Massachusetts.

3.  The defendant, Union Terminal Piers, Inc., is a Michigan corporation with a usual place of business at Huron Street, Mackinac Island, Michigan.

4.  The defendant, Northfield Mount Hermon School, is a Massachusetts educational institution with a usual place of business at 206 Main Street, Northfield, Massachusetts.

5.  The defendant, Francis Millard, was the Director of Physical Education at Northfield Mount Hermon School on or about February 20, 2004, with a usual place of business at 206 Main Street, Northfield, County of Franklin, Commonwealth of Massachusetts.

6.  The defendant, Michael Atkins, was the Coordinator of Physical Education and a Physical Education Teacher at Northfield Mount Hermon School on or about February 20, 2004, with a usual place of business at 206 Main Street, Northfield, County of Franklin, Commonwealth of Massachusetts.

### Jurisdiction

7.  Jurisdiction is based upon 28 U.S.C. § 1332.

### The Facts

8.  On or about February 20, 2004, defendant, Berkshire East Ski Resort, owned, operated, and/or maintained the premises of Berkshire East Ski Resort,

3

located in Charlemont, Franklin County, Commonwealth of Massachusetts (hereinafter referred to as "the premises"), and owed a duty to all lawful visitors to maintain and operate the premises in a reasonably safe manner.

9.  On or about February 20, 2004, defendant, Union Terminal Piers, Inc., owned, operated, and/or maintained the premises, and owed a duty to all lawful visitors to maintain and operate the premises in a safe and reasonable manner.

10. On or about February 20, 2004, defendant, Northfield Mount Hermon School, coordinated and supervised a ski trip to the premises as part of a ski class for its students, including the plaintiff, and owed a duty to the plaintiff to do so in a safe and reasonable manner.

11. On or about February 20, 2004, the plaintiff, Yukio Kusada, was a student at Northfield Mount Hermon School.

12. On or about February 20, 2004 and prior to February 20, 2004, Francis Millard was the Director of Physical Education at Northfield Mount Hermon School and was responsible for the administration of the physical education program known as the Recreational Ski Program.

13. On or about February 20, 2004 and prior to February 20, 2004, Michael Atkins was Coordinator of Physical Education and a Physical Education Teacher at Northfield Mount Hermon School and was responsible for the

administration of the physical education program known as the Recreational Ski Program.

14. On or about February 20, 2004, the plaintiff, Yukio Kusada, was a lawful visitor on the premises as a participant in the ski class coordinated by the defendant, Northfield Mount Hermon School.

15. On or about February 20, 2004, plaintiff, Yukio Kusada, was skiing on the premises and sustained severe personal injuries.

16. On or about February 20, 2004, plaintiff Yukio Kusada was participating in Northfield Mount Hermon School's physical education program known as the Recreational Ski Program at the Berkshire East Ski Resort.

17. The injuries sustained by the plaintiff were due to the carelessness and negligence of defendant, Berkshire East Ski Resort, its agents, servants, employees, and/or others for whom it was legally responsible, in the operation and/or maintenance of the premises.

18. The injuries sustained by the plaintiff were due to the carelessness and negligence of defendant, Union Terminal Piers, Inc., its agents, servants, employees, and/or others for whom it was legally responsible, in the operation and/or maintenance of the premises.

19. The injuries sustained by the plaintiff were due to the carelessness and negligence of defendant, Northfield Mount Hermon School, its agents,

5

servants, employees, and/or others for whom it was legally responsible, in the care and/or supervision of its students.

20. The injuries sustained by the plaintiff were due to the carelessness and negligence of defendant, Francis Millard, in the care and/or supervision of the plaintiff.

21. The injuries sustained by the plaintiff were due to the carelessness and negligence of defendant, Michael Atkins, in the care and/or supervision of the plaintiff.

22. As a result of the injuries sustained as aforesaid, the plaintiff, Yukio Kusada, was caused to suffer great pain of body and anguish of mind. His earning capacity has been and will continue to be impaired, and he has expended and will continue to expend large sums of money for medical care and attendance.

## Causes of Action

(Each Cause of Action Incorporates by Reference
All Previous Allegations)

First Cause of Action

23. This is an action by the plaintiff, Yukio Kusada, against the defendant, Berkshire East Ski Resort, for damages caused by the negligence of the defendant, its agents, servants, employees or others for whom it was legally responsible resulting in personal injuries and consequential damages.

Second Cause of Action

24. This is an action by the plaintiff, Yukio Kusada, against the defendant, Union Terminal Piers, Inc., for damages caused by the negligence of the defendant, its agents, servants, employees or others for whom it was legally responsible resulting in personal injuries and consequential damages.

Third Cause of Action

25. This is an action by the plaintiff, Yukio Kusada, against the defendant, Northfield Mount Hermon School, for damages caused by the negligence of the defendant, its agents, servants, employees or others for whom it was legally responsible resulting in personal injuries and consequential damages.

Fourth Cause of Action

26. This is an action by the plaintiff, Yukio Kusada, against the defendant, Francis Millard, for damages caused by the negligence of defendant resulting in personal injuries and consequential damages.

Fifth Cause of Action

27. This is an action by the plaintiff, Yukio Kusada, against the defendant, Michael Atkins, for damages cause by the negligence of defendant resulting in personal injuries and consequential damages.

### Demands for Relief

28. The plaintiff, Yukio Kusada, demands judgment, in the amount of his damages, together with interest and costs, against the defendants, Berkshire

7

East Ski Resort, Union Terminal Piers, Inc., Northfield Mount Hermon School, Francis Millard, and Michael Atkins jointly and severally as to the First, Second, Third, Fourth and Fifth Causes of Action.

### Jury Demand

29. The plaintiff claims a trial by jury as to all counts.

By His Attorneys

BREAKSTONE, WHITE-LIEF & GLUCK, P.C.

*/s/ REG*

RONALD E. GLUCK
BBO #196950
Two Center Plaza
Suite 530
Boston, MA 02108-1906
(617) 723-7676

8

## Certificate of Service

I, Ronald E. Gluck, of Breakstone, White-Lief & Gluck, P.C., hereby certify that on this date I served a copy of the within pleading by mailing a copy of same, postage prepaid, to:

David B. Mongue, Esquire
Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247

and

Harold W. Potter, Jr.
Holland & Knight, LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116

March 1, 2006

_____
Ronald E. Gluck