# United States District Court

_____ DISTRICT OF _____

Yukio Kusada

v.

Berkshire East Ski Resort,
Union Terminal Piers, Inc.,
Northfield Mount Hermon School,
Francis Millard and
Michael Atkins

v.

Takeru Kusada

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05cv30043

TO: (Name and address of defendant)

Michael Atkins
c/o Harold W. Potter, Jr., Esquire

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

DATE 03/02/06

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3/8/06 |
| NAME OF SERVER (PRINT) James M. Desrosiers | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By handing true and attested copies thereof to Mr. Harold W. Potter, Jr., Esquire, Duly Authorized Agent, In Hand. Said service was made at 10 St. James AVe., 11th Fl., Boston, MA 02116.

**STATEMENT OF SERVICE FEES**

| TRAVEL $14.00 | SERVICES $25.00 | TOTAL $39.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 8, 2006                    *James Desrosiers*
             Date                              Signature of Server

                        357 Cambridge St., Cambridge, MA 02141
                               *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.