UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| YUKIO KUSADA, | ) | |
|       Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-30043-MAP |
| | ) | |
| NORTHFIELD MOUNT HERMON SCHOOL, et al., | ) | |
|       Defendants | ) | |

SCHEDULING ORDER
July 25, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. All remaining discovery shall be completed by September 29, 2006.

2. Counsel shall appear for a final pretrial conference on October 26, 2006, 2006, at 3:00 p.m. in Courtroom One.  Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this day.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge