UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUKIO KUSADA,<br>    Plaintiff<br><br>vs.<br><br>NORTHFIELD MOUNT HERMON<br>SCHOOL,<br>FRANCIS MILLARD and<br>MICHAEL ATKINS,<br>    Defendants<br><br>v.<br><br>TAKERU KUSADA<br>    Third Party Defendant | )<br>)<br>)<br>)  Civil Action<br>)  No.: Civil Action No.: 05-30043-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S EMERGENCY MOTION FOR AN EXTENSION TO FILE VOIR DIRE QUESTIONS AND MOTION IN LIMINE**

Now comes the plaintiff, Yukio Kusada in the above referenced action and requests that this Court grant an emergency extension to file Voir Dire questions and Motions in Limine. As grounds therefore, plaintiff, through counsel states that this Court grant an extension through 12:00 noon on October 24, 2006 for filing of these documents. The plaintiff was unable to electronically file these documents as the electronic filing access information had not yet been received in plaintiff's counsel's office and plaintiff's counsel was informed that it would not be received until Friday, October 27, 2006. Wherefore, plaintiff requests that this motion be

2

allowed so that plaintiff can file this list of Voir Dire questions and a Motion in Limine which is attached.

By His Attorneys

BREAKSTONE, WHITE-LIEF & GLUCK, P.C.

*/s/ Ronald E. Gluck*

RONALD E. GLUCK
BBO #196950
Two Center Plaza
Suite 530
Boston, MA 02108-1906
(617) 723-7676

### Certificate of Service

I, Ronald E. Gluck, of Breakstone, White-Lief & Gluck, P.C., hereby certify that on this date I served a copy of the within pleading by mailing a copy of same, postage prepaid, to:

Harold W. Potter, Jr.
Holland & Knight, LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116

October 24, 2006

*/s/ Ronald E. Gluck*
Ronald E. Gluck