UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUKIO KUSADA,<br>    Plaintiff<br><br>vs.<br><br><br>NORTHFIELD MOUNT HERMON<br>SCHOOL,<br>FRANCIS MILLARD and<br>MICHAEL ATKINS,<br>    Defendants<br><br>v.<br><br>TAKERU KUSADA<br>    Third Party Defendant | )<br>)<br>)<br>)   Civil Action<br>)   No.: Civil Action No.: 05-30043-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff, by and through their counsel submit the following proposed Voir Dire Questions:

1. Do you believe that there are too many lawsuits in this country today?

2. Do you feel that excessive litigation in the United States has a potential for impacting you?

3. Do you feel that there should be a cap on damages in personal injury lawsuits?

4. Do you feel reluctant to award money damages for pain and suffering?

5. Have you or anyone close to you ever sued anyone for personal injury?

6. Have you or anyone close to you ever been sued for personal injury?

2

7. Have you or a family member ever thought you had a good reason to bring a lawsuit but decided against it?

8. What are your thoughts or feelings about awarding money damages to a non- U.S. citizen who was injured while in this country as a student?

By His Attorneys

BREAKSTONE, WHITE-LIEF & GLUCK, P.C.

RONALD E. GLUCK
BBO #196950
Two Center Plaza
Suite 530
Boston, MA 02108-1906
(617) 723-7676

3

## Certificate of Service

I, Ronald E. Gluck, of Breakstone, White-Lief & Gluck, P.C., hereby certify that on this date I served a copy of the within pleading by mailing a copy of same, postage prepaid, to:

Harold W. Potter, Jr.
Holland & Knight, LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116

October 24, 2006

_____
Ronald E. Gluck