UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

YUKIO KUSADA,                        )
       Plaintiff               )
                                     )
    v.                              ) C.A. 05-30043-MAP
                                     )
NORTHFIELD MT. HERMAN SCHOOL,        )
ET AL,                               )
       Defendants              )

PRETRIAL SCHEDULING ORDER

October 26, 2006

PONSOR, D.J.

    Counsel for Plaintiff and for all remaining Defendants appeared before this court for a final pretrial conference on October 26, 2006. Based on counsel's representations, the court orders as follows:

    1. The third-party Defendant Takeru Kusada, who has not to date been served, is hereby ordered DISMISSED, without prejudice, with the agreement of all parties.

    2. Defendants will file their Motion for Summary Judgment, taking care to comply fully with Local Rule 56.1, no later than November 27, 2006.

    3. Plaintiff's opposition to the Motion for Summary Judgment, again complying with Local Rule 56.1, will be filed no later than December 27, 2006.

    4. Counsel will submit a joint written status report, to be drafted by counsel for Defendants, no later than January 12, 2007. The report will indicate whether counsel wish to make efforts to settle the case prior to a hearing on the pending Motion for Summary Judgment, or may suggest alternative ways to move the case towards resolution.

    It is So Ordered.

```
                              /s/ Michael A. POnsor
                              MICHAEL A. PONSOR
                              United States District Judge
```