UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

YUKIO KUSADA,
      Plaintiff,

  v.

BERKSHIRE EAST SKI RESORT, UNION
TERMINAL PIERS, INC.,
      Defendants,

and

NORTHFIELD MOUNT HERMON SCHOOL,
FRANCIS MILLARD AND MICHAEL
ATKINS
      Defendant and
      Third-Party Plaintiff,

v.

TAKERU KUSADA,
      Third-Party Defendant.

Civil Action No. 05-30043-MAP

## AFFIDAVIT OF MICHAEL ATKINS

I, Michael Atkins, on oath depose and say:

1.      I reside at Northfield Mount Hermon School ("NMH") on the Mount Hermon campus.

2.      I have been employed at NMH since 1986 in the athletic department.

3.      I have been involved with the Recreational Ski program at NMH since 1991-1992 season, first as a chaperone accompanying the students to Berkshire East for many years and later as the Coordinator of Physical Education.

4.      I was Coordinator of Physical Education at NMH in 2003-2004.

5.      Yukio Kusada ("Kusada") lived on the Mount Hermon campus in 2003-2004 and, his friend with whom he was skiing on February 20, 2004, Yuki Hasegawa ("Hasegawa"), lived on the Northfield campus in 2003-2004.

6.      Berkshire East Ski Resort ("Berkshire East") is located in Charlemont, Massachusetts.

7.      Berkshire East is a recognized and well supervised ski area.

8.      It was in all respects an appropriate ski area for the NMH Recreational Ski program.

9.      Berkshire East has a ski patrol which patrols the mountain.  It also has a First-Aid station and EMTs.

10.     In 2003-2004 the parents of every student participating in physical education and athletics at NMH were asked to sign a PE/A Activities Permissions form for a number of elective activities including skiing.

11.     A copy of the PE/A Activities Permissions form for 2003-2004 is attached and marked Exhibit A.

12.     A student could not participate in the Recreational Ski program in 2003-2004 unless the PE/A Activities Permissions form was signed and returned.

13.     Kusada's PE/A Activities Permission form was signed and returned. A copy is attached and marked Exhibit B.

14.     The form states in bold italic lettering: "I am willing to have my son/daughter take part in the activities indicated below.  I release and will hold the school and its staff harmless from any liability that might result from my son/daughter engaging in these activities." (Exhibits A - B.)

- 2 -

15.    In November, a second permission form specific to the Recreational Ski program ("Recreational Ski form") was sent out by Evelyn Tillotson, Secretary to the Athletic Department, to each student who had signed up for the Recreational Ski program.

16.    The Recreational Ski form must be signed and returned for the student to participate in the Recreational Ski program.

17.    A true copy of the Recreational Ski form for 2003-2004 is attached and marked Exhibit C.

18.    The Recreational Ski form for 2003-2004 provides in part: "I understand that the class is graded on the basis of attendance and participation." (Exhibit C.)

19.    The Recreational Ski form for 2003-2004 also provides: "I understand that my son/daughter is responsible for their own ski or snowboard equipment. NMH and Berkshire East are not responsible." (Exhibit C.)

20.    The Recreational Ski form further provides: "I understand that for my son/daughter's safety, NMH strongly recommends that they wear a helmet while snowboarding/skiing." (Exhibit C.)

21.    All of the forms signed for all of the students in the Recreational Ski program were kept on file in the Athletic Department office.

22.    Kusada's Recreational Ski form was returned signed. A true copy is attached and marked Exhibit D.

23.    Prior to the commencement of the ski trips on January 7, 2004, all students who had signed up had to attend a one hour organizational meeting.

24.     One meeting was held at the Mount Hermon campus by me, as Coordinator of Physical Education, and one was held on the Northfield campus by Audra Forstrum, a chaperone for the program.

25.     Kusada, who lived on the Mount Hermon campus, attended the meeting on December 15, 2003 held by me.

26.     I told the group of students at the December 15, 2003 meeting that lessons were not mandatory but would be available and were recommended for beginners.

27.     I told the group of students at the December 15, 2003 meeting that they were responsible for their own skis which were available for purchase at a local retail shop or at the rental shop at Berkshire East.

28.     I told the group of students at the December 15, 20003 meeting that helmets were strongly recommended but not required.

29.     I told the group of students at the December 15, 2003 meeting that the slopes marked with black diamonds were for experts, blue squares were for intermediates and green circles were for beginners.

30.     Every student who attended the at the December 15, 2003 meeting for the Recreational Ski program is given a packet of information at the meeting.  The packet included: a) a description of the program; and b) the Skier's responsibility code.

31.     A true copy of the program description for 2003-2004 is attached and marked Exhibit E.

32.     The program description provides in part:  "Beginner skiers may receive a one hour ski lesson each week and approximately 6 hours of free skiing time per week."  (Exhibit D.)

33.     A true copy of the Skier's Responsibility Code is attached and marked F.

34.    The 2003-2004 NMH Recreational Ski program took place at Berkshire East on Wednesday afternoons and Friday evenings from January through March of 2004.

35.    The 2003-2004 NMH Recreational Ski program ran from Wednesday, January 7, 2004 to March 3, 2004, a total of 16 ski trips at Berkshire East.

36.    There were 12 ski trips that year prior to February 20, 2004, 13 including February 20, 2004.

37.    Kusada made at least 11 of those trips, including the one on February 20, 2004.

Signed under the pains and penalties of perjury this _/6_ day of November, 2006.

_____
Michael Atkins

# 4191319_v1

## CERTIFICATE OF SERIVCE

I hereby certify that the document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 27, 2006, via first class mail.

_____
Harold W. Potter, Jr.

EXHIBIT A

2003/04

NORTHFIELD MOUNT HERMON SCHOOL

*Athletic Office*

# Permissions

**Graduation Year**

❑ 2004  ❑ 2005

❑ 2006  ❑ 2007

**Campus Address**

*(for returning students)*

❑ Northfield

Name of student _____

❑ Mount Hermon

Student house _____

FOR RETURNING STUDENTS

**Day Student**

❑ Yes ❑ No

## PE/A Activities Permission

During the year, some courses offered by physical education and athletics or activities sponsored by student programs require off-campus trips by students and include the use of facilities that we feel require special parental permission. These activities will be supervised by a responsible adult, and necessary safety precautions will be taken.

**This permission will remain in effect for the duration of your son's or daughter's career at NMH.**

*I am willing to have my son/daughter take part in the activities indicated below. I release and will hold the school and its staff harmless from any liability that might result from my son/daughter engaging in these activities.*

❑ Yes ❑ No    **Canoeing**—on the Connecticut River and nearby lakes, rivers, and ponds. A swimming test and a tip test are required before any participation.

❑ Yes ❑ No    **Recreational Alpine Skiing and Snowboarding**—slopes and lifts at public areas. Cost is approximately $375.

❑ Yes ❑ No    **Swimming**—outdoors

❑ Yes ❑ No    **Hiking, Snowshoeing, Nordic Skiing, or Camping**—day and/or overnight trips

❑ Yes ❑ No    **Rock Climbing and Rappeling**—as an organized activity

❑ Yes ❑ No    **Zip Line Traversing**—as an organized activity

❑ Yes ❑ No    **Tree Climbing**—as an organized activity

❑ Yes ❑ No    **Varsity Golf**—two practices a week and some home matches at Crumpin-Fox Golf Club. Cost is approximately $150.

❑ Yes ❑ No    **Scuba Diving**—confined water and open water training

❑ Yes ❑ No    **Mountain Biking**

❑ Yes ❑ No    **Varsity Alpine Skiing**—lift tickets for four days a week and bus transportation. Cost is approximately $400.

❑ Yes ❑ No    **Varsity Nordic Skiing**—trail fees at a cross-country ski center when no snow at NMH. Cost is approximately $150.

❑ Yes ❑ No    **Varsity Ultimate Frisbee**—transportation to and from National Championships, when invited. Cost is approximately $400.

*Parent/Guardian signature* _____

EXHIBIT B

2003/04

NORTHFIELD MOUNT HERMON SCHOOL
*Athletic Office*

**Graduation Year**
❏ 2004  ❏ 2005
❏ 2006  ❏ 2007

# Permissions

**Campus Address**
*(for returning students)*
❏ Northfield
❏ Mount Hermon

Name of student _____Yukio Kusada_____

Student house _____C II_____
FOR RETURNING STUDENTS

**Day Student**
❏ Yes ❏ No

## PE/A Activities Permission

During the year, some courses offered by physical education and athletics or activities sponsored by student programs require off-campus trips by students and include the use of facilities that we feel require special parental permission. These activities will be supervised by a responsible adult, and necessary safety precautions will be taken.

**This permission will remain in effect for the duration of your son's or daughter's career at NMH.**

*I am willing to have my son/daughter take part in the activities indicated below. I release and will hold the school and its staff harmless from any liability that might result from my son/daughter engaging in these activities.*

☑ Yes ❏ No  **Canoeing**—on the Connecticut River and nearby lakes, rivers, and ponds. A swimming test and a tip test are required before any participation.

☑ Yes ❏ No  **Recreational Alpine Skiing and Snowboarding**—slopes and lifts at public areas. Cost is approximately $375.

☑ Yes ❏ No  **Swimming**—outdoors

☑ Yes ❏ No  **Hiking, Snowshoeing, Nordic Skiing, or Camping**—day and/or overnight trips

☑ Yes ❏ No  **Rock Climbing and Rappeling**—as an organized activity

☑ Yes ❏ No  **Zip Line Traversing**—as an organized activity

☑ Yes ❏ No  **Tree Climbing**—as an organized activity

☑ Yes ❏ No  **Varsity Golf**—two practices a week and some home matches at Crumpin-Fox Golf Club. Cost is approximately $150.

☑ Yes ❏ No  **Scuba Diving**—confined water and open water training

☑ Yes ❏ No  **Mountain Biking**

☑ Yes ❏ No  **Varsity Alpine Skiing**—lift tickets for four days a week and bus transportation. Cost is approximately $400.

☑ Yes ❏ No  **Varsity Nordic Skiing**—trail fees at a cross-country ski center when no snow at NMH. Cost is approximately $150.

☑ Yes ❏ No  **Varsity Ultimate Frisbee**—transportation to and from National Championships, when invited. Cost is approximately $400.

*Parent/Guardian signature* _____

EXHIBIT C

Dear Student,

Your parent or guardian must give their signed permission for you to take part in the Rec Ski & Snowboard program next term.

You must return the permission form by Dec 3.

Please take these papers home during break.  Bring back the signed permission form if you plan to take the course.

International students should take the papers home or email them to your parent or guardian.  The permission form can be hand carried or faxed back to us at fax # 413-498-3649.

Please swis me (reply sender) if you are no longer interested in the program.

Have a great break!

Evelyn Tillotson, etillotson@nmhschool.org
Meany Gym Secretary
413-498-3314

November 13, 2003

Dear Parent or Guardian,

Your son or daughter has requested to participate in Recreational Downhill Skiing or Snowboarding for winter term Physical Education assignment. He or she has received instruction on how to be considered for this program.

This course is designed for beginner and intermediate skiers and snowboarders. The program will operate on Wednesdays and Fridays. Beginning skiers may receive a ski lesson once each week and approximately six hours of skiing time per week. For the safety of your son / daughter, a helmet is recommended for snowboarders / skiers.

An activity fee of approximately $375-$400 will be billed to you to cover transportation and lift ticket at Berkshire East Ski Area in Charlemont, MA. If your child has a ski pass, the cost is approximately $126 for transportation. Ski rentals are available when pre-paid for the term, $105. This includes skis, boots, poles. Snowboards are available when pre-paid for the term, $175. It is the responsibility of the student to provide the rental fee payment by check, payable to Berkshire East, or to provide a credit card number, at the December 3rd campus meeting.

Your son / daughter would enjoy this special program. If you have any questions, please call 413-498-3466 or 413-498-3314. If you would like to give your permission for your son / daughter to participate in this program, see below. We need this permission form signed and returned by Dec 3rd for your son or daughter to be considered for enrollment.

Sincerely,

Frank Millard, Chair of Phys Ed & Athletics
Audra Forstrom, Rec Ski/Snowboard Coordinator
Richard Eisenberg, Rec Ski/Snowboard Coordinator

..............................................................................................................................................

Please fax to 413-498-3649 or mail to be received by Dec 3 to be considered for enrollment.

Rec Ski & Snowboarding
Northfield Mt. Hermon School
Meany Gym, 206 Main Street
Northfield, MA  01360

Student Name _____    Parent / Guardian _____
                                                                                                            Signature

_____    I give permission for my son / daughter to participate in the NMH Rec Skiing and Snowboarding program.

_____    I understand that my son / daughter is responsible for their own ski or snowboard equipment. NMH and Berkshire East Ski Area are not responsible.

_____    I understand that the class fee is approx $375-$400. Ski rentals are an additional charge.

_____    I understand that the class is graded on the basis of attendance and participation. Students are required to attend every class.

_____    I understand that for my son's / daughter's safety, NMH strongly recommends that they wear a helmet while snowboarding / skiing.

EXHIBIT D

Please fax to 413-498-3649 or mail
to be received by Dec 3 to be
considered for enrollment.

Rec Ski & Snowboarding
Northfield Mt. Hermon School
Meany Gym, 206 Main Street
Northfield, MA 01360

Student Name ___*Yukio Kusada*___ Parent / Guardian _____
Signature

✓    I give permission for my son / daughter to participate in the NMH Rec Skiing and
Snowboarding program.

✓    I understand that my son / daughter is responsible for their own ski or snowboard
equipment. NMH and Berkshire East Ski Area are not responsible.

✓    I understand that the class fee is approx $375-$400. Ski rentals are an additional charge.

✓    I understand that the class is graded on the basis of attendance and participation.
Students are required to attend every class.

✓    I understand that for my son's / daughter's safety, NMH strongly recommends that they
wear a helmet while snowboarding / skiing.

EXHIBIT E

# REC SKIING & SNOWBOARDING
## 2003 - 2004

This class is designed for beginner and intermediate downhill skiers and snowboarders. PE ski classes will be held at Berkshire East this winter. The program is a physical education course. Beginner skiers may receive a one hour ski lesson each week and approximately 6 hours of free skiing time per week. Snowboarders will receive approximately 7 hours of free boarding time. Snowboarding lessons may be arranged for an additional fee of $7per lesson, Fridays only.

**CLASS MEETING**: Class will meet Wednesday and Friday when school is in session. The first ski trip will be Jan 7. The last class is Wednesday, Mar 3. There is a required organizational meeting for Rec Skiing & Snowboarding students on Wednesday, Dec. 3 on campus. Students will be sent detailed reminders of this meeting. Attendance will be taken. Students must attend this meeting to be considered for the program.

**TIME SCHEDULES**:

| Wednesday | 1:30 | Bus # 1 leaves N flagpole and goes to Berkshire East |
| | 1:35 | Bus # 2 leaves N flagpole and goes to H |
| | 1:30 | Bus # 3 leaves H and goes to Berkshire East |
| | 2:35 | Ski lessons |
| | 4:45 | Bus # 1 leaves Berkshire East, goes directly to N |
| | | Bus # 2 leaves Berkshire East, stops at H |
| | | Bus # 3 leaves Berkshire East, goes directly to H |
| Friday | 4:00 | Dinner in Alumni Hall and Marquand |
| | 4:45 | Bus # 1 leaves N flagpole and goes to Berkshire East |
| | 4:50 | Bus # 2 leaves N flagpole and goes to H |
| | 4:45 | Bus # 3 leaves H and goes to Berkshire East |
| | 9:15 | Bus # 1 leaves Berkshire East, goes directly to N |
| | | Bus # 2 leaves Berkshire East, stops at H |
| | | Bus # 3 leaves Berkshire East, goes directly to H |

**CANCELLATIONS**: If skiing must be cancelled on any given day, this information will be put on SWIS, Student Announcements on Wednesday by 12:30, Friday by 3:30.

**MEALS**: Meals will be eaten in Marquand (N) and Alumni Hall (H) before departure.

**COST**: The total cost of the program is approximately $375-$400 which is billed to your parent or guardian. Miscellaneous accounts cannot be billed. This fee includes lift ticket $249 and transportation $126. If you have your own ski pass at Berkshire East, the cost is $126 for transportation.

**REFUNDS**: Refunds will be given for medical reasons only. Only injuries that prevent a skier from completing the season will be considered. A student who is medically excused for the term prior to:

January  15 -  75% refund
February  5 -  50% refund
February 14 -  25% refund

**RENTALS**: Students may rent equipment at Berkshire East. A ski package of skis, boots, and poles is $105 per term pre-paid. Snowboards are available for $175 per term pre-paid. It is the student's

responsibility to provide payment by check (payable Berkshire East) for rentals. Students should bring their rental fee check to the Dec 3rd meeting.

**SKI STORAGE**: There is no ski storage available at Berkshire. NMH will have three coach busses each with available storage space below to accommodate ski equipment.

**GUIDELINES**: Students will be under the school's jurisdiction from the time they leave campus until they return. All school rules apply. In addition there is no smoking at any time. You are in a class setting. Students not enrolled in class may not ride on the bus to the ski area.

These regulations of the ski area are designed for your health and safety:

1. Students may not leave the ski area.
2. Berkshire East Lodge Bar is off limits.
3. Students abide by Berkshire East Ski Area safety rules.

The first violation of any rule results in having your pass clipped. The second violation results in loss of pass.

**GRADING**: Rec Skiing & Snowboarding allows NO OMITS. You are expected to attend every class. Plan to leave Saturdays for any college visits. Grading is based on attendance and participation.

| | |
|---|---|
| O - 1 | No absences |
| VG - 2 | One unexcused absence |
| S - 3 | Two unexcused absences |
| NI - 4 | Three unexcused absences |
| U - 5 | Four unexcused absences |

Students are expected to attend each and every class. No exceptions.
A student with 2 unexcused absences and 2 or more excused absences will receive a grade of medically excused.

**DATES**: Rec Ski & Snowboarding class will meet on the following dates:

| Wednesday | Friday |
|---|---|
| January 7 | January 9 |
| January 14 | January 16 |
| January 21 | January 23 |
| January 28 | |
| February 4 | February 6 |
| February 11 | February 13 |
| February 18 | February 20 |
| February 25 | February 27 |
| March 3 | |

\* \*   THINK SNOW   \* \*

EXHIBIT F

# A Skiers Responsibility Code

**Know the Code**

The National Ski Areas Association established "Your Responsibility Code" in 1966 as a code of ethics for all skiers on the mountain. Today, the code reflects not only skier safety, but snowboarder and lift safety as well.

Ultimately, safe skiing and snowboarding on the mountain is each person's responsibility.

Following "Your Responsibility Code" will help all skiers and snowboarders have a safer mountain experience.

**Your Responsibility Code** Safety on the slopes is everyone's responsibility. Ski safely - not only for yourself, but for others as well.

- Always stay in control and be able to stop or avoid objects.
- People ahead of you have the right of way. It is your responsibility to avoid them.
- Do not stop where you obstruct the trail or are not visible from above.
- Whenever starting downhill or merging into a trail, yield to others.
- Always use devices to help prevent runaway equipment. Observe all posted signs and warnings.
- Keep off closed trails and out of closed areas.
- Prior to using any lift, you must know how to load, ride, and unload safely.

**Know The Code. It's Your Responsibility.** This is a partial list. Be safety conscious.

Skiing can be enjoyed in many ways. At ski areas you may see people using alpine, snowboard, telemark, cross country and other specialized ski equipment, such as that used by disabled or other skiers. Regardless of how you decide to enjoy the slopes, always show courtesy to others and be aware that there are elements of risk in skiing that common sense and personal awareness can help reduce. Observe the code listed below and share with other skiers the responsibility for a great skiing experience.

**1.** Always stay in control.

**2.** People ahead of you have the right of way.

**3.** Stop in a safe place for you and others.

**4.** Whenever starting downhill or merging, look uphill and yield.

**5.** Use devices to help prevent runaway equipment.

**6.** Observe signs and warnings, and keep off closed trails.

**7.** Know how to use the lifts safely.

KNOW THE CODE. IT'S YOUR RESPONSIBILITY.
This is a partial list. Be safety conscious.
Officially endorsed by: NATIONAL SKI AREAS ASSOCIATION.