UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUKIO KUSADA,<br>    Plaintiff<br><br>vs.<br><br>NORTHFIELD MOUNT HERMON<br>SCHOOL, FRANCIS MILLARD and<br>MICHAEL ATKINS,<br>    Defendants<br><br>v.<br><br>TAKERU KUSADA<br>    Third Party Defendant | )<br>)<br>)<br>)<br>)   Civil Action<br>)   No.: Civil Action No.: 05-30043-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the Plaintiff, Yukio Kusada.

By His Attorneys

BREAKSTONE, WHITE-LIEF & GLUCK, P.C.

*/s/ Heather A. Engman*

Heather A. Engman, Esquire
BBO # 662304
Two Center Plaza, Suite 530
Boston, MA  02108-1906
(617) 723-7676

## Certificate of Service

I, certify that this document field through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 22, 2006 via first class mail.

*Heather A. Engman*
Heather A. Engman