UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| YUKIO KUSADA,<br>        Plaintiff | ) | |
| | ) | |
| | ) | |
| vs. | ) | Civil Action |
| | ) | No.: Civil Action No.: 05-30043-MAP |
| | ) | |
| NORTHFIELD MOUNT HERMON | ) | |
| SCHOOL, FRANCIS MILLARD and | ) | |
| MICHAEL ATKINS, | ) | |
|        Defendants | ) | |
| | ) | |

## AFFIDAVIT OF LAWRENCE E. THIBAULT, SC.D.

I, Lawrence E. Thibault on oath depose and say:

1.      I reside at 9 Creekview Circle, West Chester, Pennsylvania.

2.      I have an Sc.D. in Mechanical Engineering from George Washington University received in 1979.

3.      From 1971 to 1980 I was a research engineer with the National Institute of Health, Biomedical Engineering Branch.

4.      From 1980 to 1984 I was an Assistant Professor of Bioengineering and Neurosurgery at the University of Pennsylvania School of Engineering and Applied Science and the School of Medicine.

5.      From 1984 to 1991 I was an Associate Professor of Bioengineering and Neurosurgery at the University of Pennsylvania, Department of Bioengineering, School of Engineering and Applied Science and the School of Medicine.

6.      From 1991 to 1994 I was a Professor and Chairman of the Department of Bioengineering at the University of Pennsylvania, School of Engineering and Applied Science.

7.      From 1991 to 1995 I was a Professor of Bioengineering in Neurosurgery and Orthopedic Surgery at the University of Pennsylvania, School of Medicine.

2

8.      From 1982 to 1995 I was an Associate Director of the Head Injury Center, Department of Neurosurgery, School of Medicine, at the University of Pennsylvania.

9.      From 1990 to 1995 I was the Executive Director, Laboratories for Injury, Research and Prevention at the Department of Bioengineering, University of Pennsylvania.

10.     From 1995 to 1998 I was a Professor in Neurosurgery and Director of the Division of Bioengineering in the Department of Neurosurgery at Allegheny University of Health Sciences.

11.     From 1998 to 2001 I was a Professor in the School of Biomedical Engineering, Science and Health Systems, Drexel University.

12.     In 2000 I founded Biomechanics, Inc. and remain a principal in the company.

13.     Biomechanics is a well established branch of biomedical science and engineering dedicated to elucidating the mechanisms of human injury and determining qualitatively the thresholds at which injury to the human body occurs.

14.     I have authored or co-authored in excess of 250 papers and presentations, mostly on various aspects of the biomechanics of head injury.

15.     I am the recipient of the Bertil Aldman Award from the International Research Council on the biomechanics on impact, contributions to impact, trauma, research and head injury.   I am the recipient of the Melville Medal from the American Society of Mechanical Engineers, the Nicholas Andry Award from the America Association of Bone and Joint Surgeons and the William Stickle Award from the American Academy of Podiatric Surgeons.

16.     I am the recipient of the Best Scientific Paper Award, from the Association for the Advancement of Automotive Medicine -- Brain Injury Biomechanics.

17.     I have served as Chairman of the Bioengineering Division for the American Society of Mechanical Engineers.

3

18.     I have been the principal or co-principal investigator for 20 studies related to the biomechanics of head injury for entities including the National Institute of Health, the U.S. Department of Transportation, General Motors Corporation, the Centers of Disease Control and the National Football League.

19.     I have served as Chairman of the Bioengineering Division for the American Society of Mechanical Engineers.

20.     I have reviewed the medical records of Yukio Kusada in connection with injuries he suffered on February 20, 2004.  Records reviewed confirm that Mr. Kusada suffered traumatic brain injury, diffuse axonal injury, right occipital subdural hematoma, right temporal epidural hematoma, right posterior sub arachnoid hemorrhage, right sphenoid fracture, left occipital epidural hematoma with contusion in addition to leg injuries.

21.     The method available to estimate Mr. Kusada's impact velocity is the failure criteria for his various scalp, skull and brain injuries.

22.     Based upon the biomechanical data Mr. Kusada's impact velocity was approximately 20 miles per hour, which would be reasonably associated with a Delta V of 20 miles per hour.  Anything in excess of this value would have most probably caused comminuted and depressed skull fracture.  There is no discussion of such trauma in the medical records.

23.     Helmets are designed to absorb energy and to reduce the stresses acting upon the head in an impact event.

24.     During Mr. Kusada's impact with the tree, the stopping distance of his head would be approximately 3/8 of an inch which represents a full scalp compression and skull bending prior to fracture.

25.     During Mr. Kusada's impact with the tree, the stopping distance of his head was approximately 0.38 inches, which represents a full scalp compression and skull bending with fracture.

4

26.     A helmet would provide at least 1.00 inch of stopping distance, excluding shell deformation, attenuating and distributing the impact load acting on Mr. Kusada's head.  This would reduce the forces acting on Mr. Kusada's head by approximately 300%.

27.     A helmet would have prevented skull fracture, contusions to the brain and it would have substantially reduced the diffuse axonal injury (DAI) and the acute subdural hematoma.  I    named    the white matter injury DAI in 1982.

5

Signed under the pains and penalties of perjury this /9ᵗʰ of December, 2006.

Lawrence E. Thibault, Sc.D.

**Certificate of Service**

I, certify that this document field through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 22, 2006 via first class mail.

Ronald E. Gluck

Heather A. Ehgman

# biomechanics
**INC**

439 South Governor Printz Blvd.
Essington, Pennsylvania 19029

Telephone 215.271.7720
Facsimile 215.271.7740
www.biomechanicsINC.com

March 31, 2006

Ronald E. Gluck, Esquire
Breakstone, White-Lief & Gluck, P.C.
Two Center Plaza, Suite 530
Boston, Massachusetts  02108-1906

RE: Yukio Kusada

Dear Mr. Gluck:

Please accept this letter as a biomechanical analysis and report regarding the above-referenced matter.  The following materials were received for review in the preparation of this report:

- Photographic report and video prepared by James Isham;
- Color copies of photographs of the accident site;
- Site inspection video;
- Supplemental report of Frank Field;
- Report of Douglas Katz, M.D.;
- Various medical records and reports regarding Yukio Kusada.

The incident in question occurred on February 20, 2004 at Berkshire East Ski Resort in Charlemont, Massachusetts.  Yukio Kusada was night skiing, was unaccounted for and presumed to be missing.  Medical records indicate that Yukio Kusada was found on February 21, 2004 by using thermoimaging. The records also indicate that he had been missing anywhere from 5-10 hours.

A report prepared by volunteer ski patroller Frank Field indicates that Yukio Kusada was found right near the bottom of Big Chief.  He was off the trail and in the woods.  He observed Yukio Kusada's body in a supine position at the base of a large tree.  He was being tended to by other ski patrollers.  Rod Fielding indicated that in addition to an obvious head injury, he suspected that the left femur may be broken.  Frank Field conducted an examination of the head and cervical spine.  He noticed an abrasion of approximately 2 inches in diameter above the right eye on the forehead.  Pupils were dilated and slightly unequal in size.  The right pupil seemed to dilate slightly further when exposed to light. Each eye rotated inward toward the bridge of the nose after being exposed briefly to the light from a penlight.  Cervical collar was secured around the neck and patient was secured to a backboard for transport via sled from the scene to the ski patrol base station.

ER clinical record: head injury skiing. Unresponsive, posturing. Intubate. Good breath sounds. Found unconscious. Not found for ≈ 10 hours. Unconscious. Right pupil dilated, left pupil reactive. Abrasions, hematoma right temporoparietal. CHI.

Medical/surgical H&P: skiing vs. tree. Night skiing, missing for 8 hours, found unresponsive and posturing. Right facial abrasion. Posturing. Edema left calf. Right facial laceration with ecchymosis.

2/21   CT cervical spine
No evidence of cervical spine injury.

2/21   CT abdomen
No abdominopelvic injury.

2/21   CT head

Multiple areas of parenchymal contusion including the left temporal lobe posteriorly, the right caudate, and the frontal lobes bilaterally with small areas of hemorrhage. Subarachnoid hemorrhage in the interpeduncular and perimesencephalic cistern. Subdural blood layering along the tentorium. Epidural hematoma anterior to the tip of the right temporal lobe measuring up to 15 mm from the inner table of the skull. Small extra-axial collection in the posterior fossa on the right, which may be either an epidural or a subdural hematoma. May be a fracture around the region of the right lambdoidal suture adjacent to the extra-axial collection. Fracture transversely through the greater wing of the sphenoid on the right. Also fractures of the anterior and medial wall of the right maxillary sinus.

Impression:

- Epidural hematoma anterior to the right temporal lobe
- Extra-axial collection in the posterior fossa on the right
- Subdural blood layering along the tentorium
- Subarachnoid hemorrhage in the interpeduncular and perimesencephalic cisterns
- Multiple areas of parenchymal cerebral contusion.
- Fracture of anterior medial wall of right maxillary sinus
- Fracture of greater wing of the sphenoid on the right
- Possible fracture near the lambdoidal suture on the right.

2/21   ICU note
Skiing last night, last seen at 7:30 p.m. Unable to locate until early a.m. Found unresponsive and posturing. Intubation difficult but successful. GCS estimated at 4. Sedated and paralyzed. Neuro: waking up slightly.

**Brief Medical Summary:**

2/21/04        BHSA-Greenfield EMS Report
Chief complaint: head injury.
Present illness: fall, internal bleeding, sporting event, unconscious.
Trauma: sports related, high speed, impact; patient believed to have hit a tree or large hole when skiing.  Found outside after several hours; blunt trauma; struck stationary object.

Patient clenching teeth and posturing arms.  Increased resps and heart rate.  Started a little sweating/incontinent of urine.  Yet at times responsive (groaning) to pain (palpation of left lower leg).  Upper body warm.  Lower body cooler/feet cold yet good color (+ pulses).

Head face: raccoon eyes, abrasions, closed head injury, hematoma, swelling.  Left eye: dilated.
Right eye: abrasion, blunt injury.  No reaction, swollen, dilated.
Both eyes posturing at times.  Unable to get a reaction from pupils.  Right orbit + cheek swollen.  Dried blood right temporal area.  Forehead swollen + above right ear.

Patient's left arm flexed to chest.  Right arm either flailing around or flexing.  Both hands making fists.  Patient did groan initially when palpating left shinbone area.  Removed ski boots-feet cold yet color good.  Later patient just winced with palpation of left leg.  Closed head injury-probable subdural.  GCS=5.

Obtunded; ski accident; probable closed head injury.  ? left leg injury.  Obvious swelling to right side of head/face, right orbit bruise.  A little dried blood on face/hair—no obvious lacerations.  Patient posturing=left arm to chest, right arm flailing and both hands making fists, teeth clenching.  Shallow resps but clear.  Some groaning when palpating lower left leg.

2/21-3/10/04  Baystate Medical Center
Trauma: skier found down for approximately 4 hours.  Found down in trees with decorticate posturing.  Unresponsive on arrival with spontaneous respirations.  Right pupil 5mm reactive, left pupil 3mm reactive.  Lower left extremity red, tight, no deformity.  GCS=5.

Trauma clinical record: found down at Berkshire east ski resort.  Right pupil 5mm, left pupil 3mm, both reactive.  Was in field for 5-6 hours.  Right scalp/face abrasion.  Decorticate posturing.  Hematoma.  Left leg with abrasion and edema anteriorly.

hematoma, right posterior subarachnoid hematoma, right sphenoid fracture, left occipital epidural hematoma with contusion and axonal injury. Found to have compartment syndrome of the left lower extremity. Mental status improved during stay. Transfer to Rehab.

3/10/04    BHSA-Springfield EMS Report
Transfer to Spaulding Rehab Hospital. Head injury. Nursing staff states that patient has been non-verbal since brought in. Alert to surroundings. Transport without incident.

3/10-4/9/04    Spaulding Rehab Hospital
3/25/04 report of Paul Wang, D.O.: admitted to brain injury rehab program. Receiving physical therapy, occupational therapy, speech-language pathology. Attention and arousal seemed to improve with Ritalin. Complaints of left foot pain in the sole of his foot. Slight decreased dorsiflexion. May be secondary to a left peroneal nerve injury. Also some neuropathic pain; started Neurontin. Trigger points located in his left gastrocnemius muscle and performed injections. 6 episodes of lockjaw which were reduced. Lockjaw may have been due to some muscle spasming. Decreased insight and awareness as well as decreased trunk control which has improved significantly. Moderately severe cognitive deficits including disorientation, decreased attention and impaired short term memory, working memory and problem solving. Improved verbal initiation. Overall pleased with his progress.

3/29 & 4/1/04 report of Kaaren Bekken, Ph.D.: neuropsychological evaluation. Estimated above average intellectual capacity presents with many areas of compromise after severe TBI. Verbal skills appear to be more affected than visual skills. Significant inattention, lexical access, verbal expression and executive function difficulties affect functioning across domains. Academic skills fall well below expectation with the exception of math calculation and well below the levels expected for attained educational level. Results are consistent with TBI.

4/9/04 Discharge summary: discharge diagnoses:

- Traumatic brain injury status post axonal injury, status post right occipital subdural hematoma, right temporal epidural hematoma, right posterior subarachnoid hemorrhage, right sphenoid fracture, left occipital epidural hematoma with contusion.
- Status post left compartment syndrome; status post fasciotomy.
- Decreased range of motion of the left ankle most likely secondary to prolonged lack of movement; Achilles heel contracture.
- Status post G tube.
- Status post tracheostomy.

Return to Japan and continue cognitive therapy. If improved return to U.S. to take some college courses at a community college.

2/22   CT head
No increased bleeding in the previous described hemorrhages and no new
hemorrhage.  No appreciated on the previous study is a right parietal bone
nondisplaced fracture.  Worsening right sided scalp edema.

2/23   Consultation
Night skiing, missing for 8 hours.  Found responsive, posturing.  GCS=4.  Right
temporal EDH, left [sic?] occipital EDH, right posterior SDH, occipital SDH,
axonal shear, right sphenoid fracture, left tib/fib fracture. Severe TBI; status post
left fasciotomy.

2/24   MRI cervical spine
Negative; note is made of subarachnoid hemorrhage in the posterior fossa.

2/25   CT head

Perhaps slight increase in the posterior temporal subdural hemorrhage.  Stable
subdural hemorrhage in the right inferior temporal lobe.  No change in the right
tentorial subdural hematoma. Stable intraventricular hemorrhage in the right
lateral ventricle. Decreased amount of subdural hematoma seen below the level
of the 4th ventricle. Contusions are stable in the right frontal lobe and in the
anterior aspect of the right lateral ventricular horn, consistent with diffuse axonal
injury.  Small right posterior fossa epidural hematoma may be somewhat slightly
decreased in size.

3/1   CT sinuses
Persistent sinus disease improved since 2/22/04.  Bilateral facial fractures are
again noted without change.

3/3   Operative report

Procedure: upper GI endoscopy with percutaneous endoscopic gastrostomy tube
placement.
Postoperative diagnosis: severe closed head injury, inability to take oral food,
malnourishment, pneumonia. Sinusitis, left compartment syndrome status post
fasciotomy.

Procedure: debridement and closure of fasciotomy sites.

3/10   Discharge Summary

Final diagnosis:

Epidural hematoma. Skiing accident.  Found around a tree in the woods after 8-9
hours.  Thermoimaging was used to find him.  GCS=4 at admission.  CT of the
head revealed right occipital subdural hematoma, right temporal epidural

11/11 & 12/15/05    Margaret O'Connor, Ph.D.
Neuropsychological evaluation. Received cognitive rehab in Japan and in China. Returned to U.S. in August 2005 to resume his academic work on a limited basis. Currently a freshman at Boston University. Receiving note taking help, tutoring and extra time on examinations. Resumed outpatient therapies at Spaulding Rehab Hospital. Reports persistent problems with memory, attention and general reasoning abilities. Also reports problems with his left foot, a dislocated jaw and back pain.

Findings indicate global and persistent cognitive deficits affecting attention, memory, analytic abilities and processing speed. Presents as confused, lethargic and depressed. Overall level of performance was far below expectations based on his baseline level of intelligence. Cognitive deficits have and will continue to undermine his academic progress and daily living skills for an indefinite period of time. Deficits fall in the severe range of impairment. Deficits are permanent. Clinical experience has been that patients with severe cognitive impairments have significant limitations in terms of occupational abilities.

On 2/27/06, a neurological evaluation was performed by Douglas Katz, M.D. The report indicates: traumatic brain injury in a skiing accident on 2/20/04. Severe diffuse axonal injury, left leg compartment syndrome, significant residual cognitive impairments, depression. "I believe it is unlikely that he will be able to complete college level studies at Boston University. I believe it is also likely that the effects of this injury will permanently limit his vocational capacity and ability to attain and maintain employment in the future." A ski helmet would have prevented brain injury or significantly reduced the severity of the brain injury.

## Biomedical Engineering and Scientific Analysis

We were asked to review and analyze the file material associated with this unfortunate incident. Our analysis is directed toward the biomechanics of the documented injuries and the mechanisms associated with each and every reported injury sustained by Mr. Kusada that are consistent with the published injury tolerance data. It is hoped that the biomechanical analysis will help shed light on the issue of "Injury Mechanisms" and, thereby, help provide insight into the circumstances of this accident. Further, we have been requested to address the issues associated with head protection.

The study of the biomechanics of human injury is a widely recognized, well-established branch of biomedical science and engineering dedicated to elucidating the mechanisms of human injury and determining quantitatively the thresholds at which injury to the human body occurs. This serves two purposes: determining quantitatively the thresholds at which injury to the human body occurs in order to develop improved strategies for injury control, and to

understand the injury at the tissue and cellular level as well as the systemic level in order to develop new approaches for therapeutic intervention. A biomechanical analysis of the subject incident depends, in part, on the diagnoses and findings documented by clinicians in the medical record. The medical records were reviewed in this instance to analyze the potential injury mechanisms associated with the subject accident.

While clinicians are trained to examine, diagnose and treat injury, the biomechanical engineer seeks to determine the mechanism of a particular injury through application of formal training in engineering, life sciences, advanced mathematics, and physics. Quantitative assessments of injury mechanism can be objectively analyzed using principles of biomechanics to determine the potential for the injuries allegedly sustained during the incident in question when the forces acting on an individual are compared to published injury tolerance criteria. The clinician should not attempt to determine the causal relationship between the forces generated by a given event and the diagnosed injury unless they are also formally trained in biomechanics and have analyzed the events.

The magnitude of an applied external force can be related to the probability of injury, and injury severity has been quantified for each part of the human anatomy in the Abbreviated Injury Severity Handbook. The American Medical Association, and the Society of Automotive Engineers have assembled this Handbook in joint efforts with the Association for the Advancement of Automotive Medicine. Reference volumes of experimental biomechanical literature such as The Handbook of Human Tolerance contain injury tolerance values and data for failure of various tissues of the human body. The data for the development of these invaluable tools has come from human cadaver studies, animal experiments, physical model studies, isolated tissue research, anthropomorphic test device experiments, human volunteers and real world accident analysis. The volume of research findings related to injury mechanics has grown substantially over the past 25 years, particularly with regard to CNS trauma. We now understand the mechanisms of specific forms of trauma from the macroscopic level to the cellular level in many instances. This has permitted us to better define the associated injury tolerance levels and in particular injury to the central nervous system.

Mr. Kusada sustained an impact to the right frontal and lateral aspects of his head when he left the trail upon which he was skiing. According to the medical record there were clear data to fully describe the resulting pathology. In this case the head impact produced scalp contusion, underlying skull fractures, distributed contusions of the brain, and hemorrhage at various locations including the subarachnoid, epidural and subdural spaces. There was also a discussion of Diffuse Axonal Injury. The forces required to generate this injury portrait are at a level in excess of approximately 1500-2500 pounds.

The facts of this incident teach us that Mr. Kusada's body was located within the vicinity of a tree, which was located off of the ski trail. It is estimated that he was in that location for 8-9 hours before he was found. It is also clear that he had no head protection, i.e., he was not wearing a helmet at the time of his impact with the tree. The only method available to estimate his impact velocity is the failure criteria for his various scalp, skull and brain injuries. Based upon the biomechanical data his impact velocity was approximately 20 mph, which would be reasonably associated with a Delta-V of 20 mph. Anything in excess of this value would have most probably caused comminuted and depressed skull fracture. There is no discussion of such trauma in the medical record.

Helmets are designed to absorb energy and to reduce the stresses acting upon the head in an impact event. They are very effective in this regard.

During Mr. Kusada's impact with the tree the stopping distance of his head would be approximately 3/8 in., which represents full scalp compression and skull bending prior to fracture. A helmet would provide at least 1.0 in. of stopping distance, excluding shell deformation, attenuating and distributing the impact load acting on Mr. Kusada. This would reduce the forces acting on Mr. Kusada's head by approximately 300%. The helmet would prevent skull fracture, contusions to the brain, and would have substantially reduced the ASDH and DAI.

These opinions are offered with a reasonable degree of biomedical engineering and scientific certainty. References are available upon request.

I will supplement this report as additional information may become available.

Yours truly,

Lawrence E. Thibault, Sc.D.          Kirk L. Thibault, Ph.D.

# LAWRENCE E. THIBAULT

## Curriculum Vitae
## January 2003

**ADDRESS:**

Home: 106 Keepsake Lane
Chadds Ford, PA 19317

Former Academic Positions: Professor and Chairman Bioengineering
University of Pennsylvania
Philadelphia, Pennsylvania (Resigned)

Professor and Director
Injury Research Institute
School of Biomedical Engineering, Science
And Health Systems
Drexel University
Philadelphia, Pennsylvania (Retired)

Biomechanics Inc: 439 South Governor Printz Blvd.
Essington, Pennsylvania 19029

**PHONE:**

Home: 610-459-4702
Office: 215-271-7720    Fax: 215-271-7740
E-mail: lthibault@biomechanicsINC.com

**SOCIAL SECURITY NO:** 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

**DATE OF BIRTH:** September 23, 1943, Philadelphia, PA

**EDUCATION:**

**B.S.**, Drexel University, 1967
**M.S.**, George Washington University
**Sc.D.**, George Washington University, 1979
**M.A.**, (Honorary) University of Pennsylvania, 1984

Thesis - The Effects of Hydrodynamically Induced
Shear Stress on Transmural Transport Processes in the
Artery Wall - Advisors, S. Yuan and J. Feir

## SCHOLARSHIPS:

Department of Defense Scholarship, U.S. Navy,
Undergraduate Engineering Education, Drexel University

National Institutes of Health Fellowship, Graduate Education
and Research in Bioengineering, George Washington
University, in a consortium with Georgetown University,
The Catholic University of America, and NIH

## HONORS and AWARDS:

Bertil Aldman Award, International Research Council on the
Biomechanics of Impact - contributions to impact trauma
research in head injury (macro to micro levels)

Nicholas Andry Award, Association of Bone and Joint
Surgeons - cervical spine injury biomechanics

Fellow, AIEMB

Best Scientific Paper Award, Association for the
Advancement of Automotive Medicine - brain injury
biomechanics

William Stickle Gold Award, American Academy of Podiatric
Surgeons - vascular injury at the cellular level

ASME Bioengineering Division, Best Scientific Paper Award
- calcium transmembrane transport in cellular injury

Melville Medal, American Society of Mechanical Engineers
- strain dependent calcium flux in trauma to the cell
membrane....Mechanoporation

Award of Merit, Association for the Advancement of
Automotive Medicine - biomechanics of central nervous
system injury in the automotive crash environment

Chairman, Bioengineering Division, American Society of
Mechanical Engineers

Chairman, Alliance for Engineering in Medicine and Biology

2

Lawrence E. Thibault, Sc.D.

## POSITIONS HELD:

| | |
|---|---|
| 1963-1969 | Research Engineer<br>U.S. Naval Ship Engineering Center<br>Philadelphia, Pennsylvania |
| 1969-1971 | Research Engineer<br>Westinghouse Research and Development Center<br>Medical Systems Division, Life Support Systems<br>Churchill, Pennsylvania |
| 1971-1980 | Research Engineer<br>National Institutes of Health<br>Biomedical Engineering Branch<br>Bethesda, Maryland |
| 1980-1984 | Assistant Professor of Bioengineering and Neurosurgery<br>University of Pennsylvania<br>School of Engineering and Applied Science<br>Philadelphia, Pennsylvania |
| 1984-1991 | Associate Professor of Bioengineering and Neurosurgery<br>University of Pennsylvania<br>Department of Bioengineering<br>School of Engineering and Applied Science<br>Philadelphia, Pennsylvania |
| 1991-1994 | Professor and Chairman<br>University of Pennsylvania<br>Department of Bioengineering<br>School of Engineering and Applied Science<br>Philadelphia, Pennsylvania |
| 1991-1995 | Professor of Bioengineering in Neurosurgery and<br>Orthopaedic Surgery<br>School of Medicine<br>University of Pennsylvania<br>Philadelphia, Pennsylvania |
| 1982-1995 | Associate Director, Head Injury Center<br>Department of Neurosurgery<br>School of Medicine<br>University of Pennsylvania |

3

| | |
|---|---|
| 1990-1995 | Executive Director, Laboratories for Injury Research and Prevention<br>Department of Bioengineering<br>University of Pennsylvania |
| 1995-1998 | Professor in Neurosurgery and Director, Division of Bioengineering<br>Department of Neurosurgery<br>Allegheny University of the Health Sciences |
| 1998-2001 | Professor<br>School of Biomedical Engineering, Science and Health Systems<br>Drexel University |
| 2000-present | Founder, Biomechanics, Inc. |

## ADMINISTRATIVE RESPONSIBILITIES:

| | |
|---|---|
| 1980-1981 | Secretary, Bioengineering Department Faculty, University of Pennsylvania |
| 1982 | Search Committee, Chairman of Bioengineering University of Pennsylvania |
| 1983-1986 | Chairman, Security Committee, University of Pennsylvania |
| 1984-1985 | Personnel Committee, SEAS, University of Pennsylvania |
| 1990-1991 | Undergraduate Curriculum Chairman, Bioengineering University of Pennsylvania |
| 1991-1994 | Department Chairman, Bioengineering University of Pennsylvania |
| 1992-1994 | Search Committee, Chairman, Orthopaedic Surgery School of Medicine, University of Pennsylvania |
| 1995-1999 | Center for Neuroscience, Research Planning Committee, AUHS, MCP- Hahnemann School of Medicine |
| 1997 | University Research Committee |
| 1997 | Search Committee, Chairman, Department of Rehabilitation and Physical Medicine, AUHS |

4

## MEMBERSHIP IN SCIENTIFIC AND PROFESSIONAL SOCIETIES:

| | |
|---|---|
| 1976-1977 | <u>Chairman</u>, Industrial Activities Committee, Bioengineering Division, The American Society of Mechanical Engineers |
| 1978-1981 | <u>Chairman</u>, Medical Devices Standards Committee, Bioengineering Division, The American Society of Mechanical Engineers |
| 1980-1985 | <u>Executive Committee,</u> Bioengineering Division, The American Society of Mechanical Engineers |
| 1982 | <u>Executive Council</u>, Alliance for Engineering in Medicine and Biology |
| 1982 | <u>Program Chairman</u>, Bioengineering Winter Annual Meeting, The American Society of Mechanical Engineers |
| 1982 | <u>General Chairman</u>, Annual Conference on Engineering in Medicine and Biology |
| 1982 | <u>Chairman</u>, Bioengineering Division, American Society of Mechanical Engineers |
| 1988 | Neural Trauma Society |
| 1990 | Association for the Advancement of Automotive Medicine, AAAM |
| 1995 | <u>Board of Directors</u>, AAAM |

## RESEARCH EXPERIENCE AND DIRECTION:

| | |
|---|---|
| Experimental Head Injury Laboratory - NINCDS - NIH, 1980-1982. Co-Principal Investigator | $ 340,000 |
| Determination of the Constitutive Properties of Brain and Experimental Stress Analysis in Head Injury, Biomechanics Department, U.S. D.O.T., NHTSA, 1982-1984, Principal Investigator | $ 200,000 |
| Computerized Analysis of the Biomechanical Correlations of Head Injury, Biomechanics Department, U.S.D.O.T., NHTSA 1982-1984, Co-Principal Investigator | $ 200,000 |
| Experimental Head Injury Laboratory - NINDCS - NIH 1982-1985, Co-Principal Investigator | $ 800,000 |

Physical Model Experiments in Head Injury Biomechanics,
Biomechanics Department, U.S.D.O.T., NHTSA, 1985
Principal Investigator                                      $   110,000

Effects of Mechanical Stress on Matrix Synthesis in Endothelial
Cell Culture, NHLBI - NIH
1985-1990, Co-Principal Investigator                        $   750,000

Experimental Head Injury Laboratory, NINCDS - NIH
1985-1988, Co-Principal Investigator                        $ 1,300,000

Torsional Driving Point Impedance Characterization of the Head,
Ohio State University and NHTSA
1985, Principal Investigator                                $    37,000

Automated Digitization of High Speed Film of Physical Model
Experiments, Wayne State University and General Motors Corp.
1986, Principal Investigator                                $    25,000

Biomechanics of Neural and Neurovascular Injury
Centers for Disease Control 1987-1990
Principal Investigator                                      $   780,000

Biomechanics of Human Injury (Program Project)
Centers for Disease Control, 1990-1993,
Principal Investigator.                                     $ 1,100,000

The Head Injury Center
National Institutes of Health, NINCDS, 1990-1993
Co-Principal Investigator.                                  $ 1,700,000

Effect of Mechanical Forces on Vascular Cells
National Institutes of Health, NHLBI, 1991-1995
Co-Principal Investigator.                                  $  400, 000

Biomechanics of CNS Injury (Program Project )
Centers for Disease Control, 1993-1996
Principal Investigator                                      $ 1,200,000

The Head Injury Center
National Institutes of Health, NINCDS, 1993-1998
Co-Principal Investigator                                   $ 3,750,000

Biomechanics of Neuro and Neurovascular Injury
Centers for Disease Control, 1996-1999
Principal Investigator                                      $ 1,100,000

| | | |
|---|---|---|
| Mild Traumatic Brain Injury in the NFL, 1997-1999<br>NFL Charities<br>Principal Investigator | $ | 165,000 |
| Pediatric Head Injury<br>The Kimmel - Spiller Foundation, 1998<br>Principal Investigator | $ | 50,000 |
| A System to Estimate a Concussion Severity Index-Phase I<br>SBIR, NINDS, NIH (submitted), 2003<br>Principal Investigator | $ | 90,000 |
| Retreval of Axons Post Acute Trauma-Phase I<br>SBIR, NINDS, NIH (in preparation), 2003<br>Principal Investigator | $ | 98,000 |

## JOURNALS/ EDITOR, REVIEWER:

Annals of Biomedical Engineering

Biophysical Journal

Journal of Biomechanical Engineering

Journal of Biomechanics

Journal of Neural Trauma

Journal of Neurosurgery

Journal of Orthopaedic Research

Journal of Dental Research

Society of Automotive Engineers

Association for the Advancement of Automotive Medicine

International Research Conference on the Biokinetics of Impact

Advisory Group for Aerospace Research and Development

Lawrence E. Thibault, Sc.D.

## TEACHING EXPERIENCE:

| | |
|---|---|
| B.E. 100 | Introduction to Bioengineering (Lectures in Injury Biomechanics) |
| B.E. 200 / 203 | Intermediate Biomechanics (Originator of Course) |
| B.E. 209 | Bioengineering Laboratory  (Originator of Course) |
| B.E. 350 | Momentum, Energy and Mass Transport |
| B.E. 352 | Applied Physical Chemistry |
| B.E. 451 | Advanced Transport Phenomena |
| B.E. 462 | Bioengineering Design for Chemical Engineering Minors (Originator of Course) |
| B.E. 462-465 | Mechanical, Chemical, Materials and Electrical Design Recitation |
| B.E. 495 | Senior Design Thesis |
| B.E. 510 | Continuum Mechanics |
| B.E. 633 | Biofluids II (Low Reynolds Number Hydrodynamics) (Originator of Course) |
| B.E. 700 | Special Topics in Biomechanics and Trauma (Originator of Course) |
| B.E. 899 | Biomechanics of Brain and Spinal Cord Injury (Originator of Course ) |

FOUR COURSE SEQUENCE IN BIOMECHANICS: (Developed for the PhD Program at Allegheny University of the Health Sciences)

    A. Cellular and Molecular Biomechanics
    B. Tissue Mechanics
    C. Organ Biomechanics
    D. Whole Body Biomechanics

Supervised 90 students in B.E. 100 projects

Lawrence E. Thibault, Sc.D.

Supervised 47 Senior Design Theses

Dissertation Committee Member:
28 students in Bioengineering
5 students in Chemical Engineering

## DISSERTATIONS / THESES - SUPERVISED:

Bianchi, Annette, M.S. Thesis, University of Pennsylvania, "Physical Model Studies of Acute Subdural Hematoma", 1983.

Hess, Karen Luke, M.S. Thesis, University of Pennsylvania, "Analytical Model for Acute Subdural Hematoma", 1985.

Margulies, Susan Sheps, Ph.D. Dissertation, University of Pennsylvania, "Biomechanics of Traumatic Coma in the Primate," 1987.

Green, Catherine, M.S. Thesis, University of Pennsylvania, "Response of Isolated Vascular Tissue to High Strain Rate Extension", 1987.

Galbraith, James, Ph.D. Dissertation, University of Pennsylvania, "Effects of Stretch on the Electrophysiology of the Giant Axon of the Squid", 1987.

Blum, Richard, M.S. Thesis, University of Pennsylvania, "Mechanical Properties of the Baboon Brain", 1986. M.D., University of Pennsylvania, 1988.

Hunter, Catherine, Ph.D. Dissertation, University of Pennsylvania, "Effects of Mechanical Deformation on the Conductance of a Lipid Bilayer Membrane", 1988.

Winston, Flaura, Ph.D. Dissertation, University of Pennsylvania, "The Modulation of Intracellular Free Calcium Concentration by Biaxial Extensional Strains of Bovine Pulmonary Artery Endothelial Cells", 1989. M.D., University of Pennsylvania 1991.

Barbee, Kenneth, Ph.D. Dissertation, University of Pennsylvania, "Mechanism for Vascular Smooth Muscle Cell Response to Mechanical Stimuli", 1991.

Boock, Robert, Ph.D. Dissertation, University of Pennsylvania, "Vascular Response to Mechanical Deformation", 1991.

Meaney, David, Ph.D. Dissertation, University of Pennsylvania, "Biomechanics of Acute Subdural Hematoma in the Primate and Human", 1991.

Landsman, Adam, Ph.D. Dissertation, University of Pennsylvania, "Response of Aging Vascular Cells to Mechanical Stimulation", 1992.

9

Saatman, Kathryn, Ph.D. Dissertation, University of Pennsylvania, "Response of an Isolated Myelinated Nerve Fiber as a Model for Neural Trauma", 1993.

Cargill, Robert, Ph.D. Dissertation, University of Pennsylvania, "A Cell Culture Model for Neural Injury", 1994

Billiar, Kristin, M.S., An In-Vitro Model for Mechanically Induced Vasospasm, University of Pennsylvania, 1994.

Arbogast, Kristy, M.S., The Constitutive Properties of the Human Brain Stem, University of Pennsylvania, 1995.

Bilston, Lynne, Ph.D. Dissertation, University of Pennsylvania, "The Biomechanics of Transient Spinal Cord Trauma", 1995.

LaPlaca, Michelle, Ph.D. Dissertation, University of Pennsylvania, " Hydrodynamically Induced Shear Stress Effects on Neuronal Cells in Culture- A Model for neural Trauma", 1996

Goldstein, Daniel, Ph.D. Dissertation, University of Pennsylvania, "The Biomechanics of Cervical Spine Injury", 1997.

Blackman, Brett, Ph.D. Dissertation, "The Response of Endothelial Cells to Variable Strain Rate Loading-The Viscoelastic Behavior of the Cell Membranes", 1998

Mazuchowski, Edward, Ph.D. Dissertation, University of Pennsylvania, "Constitutive Properties of the Human Cervical Spinal Cord", 1999

**VISITING PROFESSORSHIPS:**

       Georgia Institute of Technology
       Oxford University
       University of Pittsburgh
       University of Virginia
       Massachusetts Institute of Technology
       Harvard University
       Ohio State University
       University of Maryland
       Pennsylvania State University
       Lehigh University

## LECTURES BY INVITATION:

**Thibault, L.E.** "In-Vitro Models for Neural Injury", Naval Medical Research Institute, Bethesda, Maryland, 1980

**Thibault, L.E.** "Cardiopulmonary Bypass Device Standards: An Engineering Perspective", American Academy of Cardiovascular Perfusion, C.C. Reed, ed., San Francisco, California, Vol. 2, 1981.

**Thibault, L.E.** "Biomechanics of Head Injury and Isolated Tissue Studies", Biomechanics Department, National Highway Traffic Safety Administration, U.S. Department of Transportation, Washington, D.C., 1981.

**Thibault, L.E.** "Biomechanics and Head Injury in Automotive Safety", Association Peugeot Renault, Paris, France, 1982.

**Thibault, L.E.** "Dynamic Physical Model Experiments in Head Injury Research", Biomechanics Department, National Highway Traffic Safety Administration, U.S. Department of Transportation, Washington, D.C., 1982.

**Thibault, L.E.** "Head Injury Research - An Update on the Biomechanical Aspects", U.S. Army Aeromedical Research Laboratory, Fort Rucker, Alabama, 1983.

**Thibault, L.E.** "Head Injury Modeling", Winter Conference on Brain Research, Keystone, Colorado, 1983.

**Thibault, L.E.** "Biomechanics and Scaling in Head Injury", General Motors, Biomedical Sciences Department, R & D Center, Warren, Michigan, 1983.

**Thibault, L.E.** "Mild Head Injury - Tank Gunner Performance", U.S. Army, Human Factors Engineering Meeting, New Orleans, Louisiana, 1984.

**Thibault, L.E.** "Head Injury Tolerance Criteria", Transport Canada, Ottawa, Ontario, 1985.

**Thibault, L.E.** "Biomechanics of Diffuse Brain Injuries", Experimental Safety Vehicle Conference, Oxford, England, 1985.

**Thibault, L.E.** "Physical and Analytical Models in Neural Trauma", General Motors, Biomedical Sciences Dept., R & D Center, Warren, Michigan, 1986.

**Thibault, L.E.** "Isolated Tissue Models for Trauma Research", NAII, Chicago, Illinois, 1986.

**Thibault, L.E.** "Biomechanics and Brain Injury", Medical College of Virginia, Richmond, Virginia, 1987.

**Thibault, L.E.** "Mechanically Induced Vasospasm in Brain Injury", National Institute of Health, Bethesda, Maryland, 1987.

**Thibault, L.E.** "Mechanics and Cell Injury", Cardiovascular Research Center, Osaka, Japan, 1987.

**Thibault, L.E.** "Physical Models and Finite Element Models in Head Injury Research", Georgia Institute of Technology, Atlanta, Georgia, 1988.

**Thibault, L.E.** "Ion Transport in Cell Injury", University of Pittsburgh, Pittsburgh, Pennsylvania, 1988.

**Thibault, L.E.** "Biomechanics of Neural and Neurovascular Injury", Center for Disease Control, Atlanta, Georgia, 1988.

**Thibault, L.E.** "Vascular Trauma", National Institutes of Health, Bethesda, Maryland, 1988.

**Thibault, L.E.** "Biomechanics of Traumatic Coma", Joint Chiefs Sponsored Biomechanics Meeting, Naval Biodynamics Laboratory, New Orleans, Louisiana, 1988.

**Thibault, L.E.** "Human Head Injury Tolerance Criteria", University of Maryland, 1989

**Thibault, L.E.** "Cellular Injury", Division of Injury Control and Epidemiology", CDC, Atlanta, Georgia, 1989.

**Thibault, L.E.** "A Study of Improved Head Injury Tolerance Criteria", NHTSA, Washington, D.C., 1989.

**Thibault, L.E.** "Wound Healing- Cellular Response to Mechanical Stress", NIH, Bethesda, Maryland, 1990

**Thibault, L.E.** "Analytical Models for Head Injury", Ohio State University, Columbus, Ohio, 1990

**Thibault, L.E.** "Calcium Transport in Injured Neural Tissue", Institut National De Recherche Sur Les Transports et Leur Securite, Lyon, France, 1990.

**Thibault, L.E.** "CNS Trauma: The Biomechanics of Brain Injury", University of Virginia, 1990.

**Thibault, L.E.** "Head Injury in the Automotive Environment", World Congress on Emergency and Disaster Medicine, Montreal, 1991

12

**Thibault, L.E.** "Biomechanics of Human Injury", AAAM, 1991

**Thibault, L.E.** "Stress Coupled Transport", Harvard University, 1993

**Thibault, L.E.** "Cell Membrane Permeability as a Function of Mechanical Strain", M.I.T., 1993

**Thibault, L.E.** "Biomechanics of CNS Trauma", AAAM, 1993

**Thibault, L.E.** "Advances in Neurotrauma Research ", College of Physicians, Phila., PA 1995

**Thibault, L.E.** "Mechanoporation of Cell Membranes", NIH, Bethesda, 1996

**Thibault, L.E.** "Mild Traumatic Brain Injury", State Farm Insurance, Princeton, NJ, 1997

**Thibault, L.E.** "Head Injury and Head Protection", Kawasaki, Phoenix, AR, 1997

**Thibault, L.E.** "Biomechanics and Forensic Pathology", Research Committee, Pennsylvania Department of Public Health, Philadelphia, 1998

**Thibault, L.E.** "Pediatric Head Injury", St. Christopher's Hospital For Children, Philadelphia, 1998

## PATENTS:

Hemoglobin-Oxygen Equilibrium Curve Analyzer, Patent Number 4,209,300

Apparatus for Mechanically Stimulating Cells, Patent Number 4,851,354

Safety Propeller, Patent Number 5,044,884

Automated Eye Exam - The Pupilometer, Patent Number (Pending)

Computer Based Test for Cerebral Concussion, Patent Number (Pending)

## BOOKS / CHAPTERS IN BOOKS / EDITORSHIPS:

**Thibault, L.E.,** ed. Proceedings of the 35th Annual Conference on Engineering in Medicine and Biology, Vol. 24, Philadelphia, PA, AEMB, Bethesda, MD, 1982.

**Thibault, L.E.,** ed. "Advances in Bioengineering.", American Society of Mechanical Engineers, New York, NY, 1982.

Gennarelli, T.A. and **Thibault, L.E.,** "Biomechanics of Head Injury," Neurosurgery, R.H. Wilkens and S. Rengachary, eds., McGraw-Hill, 1983; Chapter 178.

Gennarelli, T.A. and **Thibault, L.E.,** "Biological Models of Head Injury," Central Nervous System Trauma, NINCDS, J. Polishock and D. Becker, eds., 1985; pp. 392-405, Chapter 25.

**Thibault, L.E.** and Gennarelli, T.A., "Biomechanics and Craniocerebral Trauma," Central Nervous System Trauma, NINCDS, J. Poulishock, and D. Becker eds., 1985; pp. 370-390, Chapter 24.

**Thibault, L.E.** and Gennarelli, T.A., "Biomechanics in CNS Trauma", Central Nervous System Trauma, NINCDS, 1990.

**Thibault, L.E.,** " Isolated Tissue and Cellular Biomechanics" in " Accidental Injury: Biomechanics and Prevention", eds. Nahum, A. and Melvin, J., Springer-Verlag, 1993.

**Thibault, L.E.** and Barbee, K.A. "The Biomechanics of Cellular and Tissue Injury", in "Accidental Injury: Biomechanics and Prevention" in "Accidental Injury: Biomechanics and Prevention", 2nd edition, eds. Nahum, A and Melvin, J., Springer-Verlag, 1999.

## BIBLIOGRAPHY

Gennarelli, T. A., A. K. Ommaya and **L. E. Thibault.** "Comparison of Translational and Rotational Head Motions in Experimental Cerebral Concussion." Stapp, S.A.E. **14**: 797-803, 1971.

Gennarelli, T. A., **L. E. Thibault** and A. K. Ommaya. "Pathophysiologic Response to Rotational and Translational Acceleration of the Head". Stapp, S.A.E. **15**: 296-308, 1972.

Ommaya, A. K. and **L. E. Thibault.** "Head and Spinal Injury Tolerance with no Direct Impact". Biokinetics of Impact., IRCOBI, **2**: 311-320, 1973.

Ommaya, A.K., Gennarelli, T.A. and **Thibault, L.E.**, "Traumatic Unconsciousness: Mechanisms of Injury to the Brain in Violent Shaking of the Head," <u>American Association of Neurological Surgeons,</u> Los Angeles, CA, 1973.

Ommaya, A.K., Gennarelli, T.A. and **Thibault, L.E.**, "Effect of Dynamic Mechanical Loading of Frog Sciatic Nerve," <u>Society for Neuroscience,</u> 364, 1974.

Gennarelli, T.A. and **Thibault, L.E.**, "Functional Response of the Central Nervous System to Controlled Inertial Loading," <u>27th Annual Conference on Engineering in Medicine and Biology,</u> Philadelphia, PA, 1974.

**Thibault, L.E.**, Gennarelli, T.A., Tipton, H.W. and Carpenter, D.O., "Physiological Response of Isolated Nerve Tissue to Dynamic Mechanical Loads," <u>27th Annual Conference on Engineering in Medicine and Biology,</u> Philadelphia, PA, 1974.

Gennarelli, T.A. and **Thibault, L.E.**, "Neural Microtrauma: Functional Effects of Mechanical Loading on Isolated Neural Tissue," <u>American Association of Neurological Surgeons,</u> Miami, FL, 1975.

Gennarelli, T.A, Ommaya, A.K. and **Thibault, L.E.**, "Correlations of Clinical and Experimental Head Injury," <u>Congress of Neurological Surgeons,</u> Atlanta, GA, 1975.

Lebowitz, E.A., **Thibault, L.E.** and Adelstein, R.S., "Phosphorylation of Cat Myocardial Myosin and M-Line Protein and Enhancement by Norepinephrine," <u>49th Scientific Session of the American Heart Association,</u> Miami, FL, 1976.

Berger, R.L., Martin, M.A. and **Thibault, L.E.**, "An Isoperibol Differential Thermal-pH Titration Apparatus," <u>32nd Annual Colorimetry Conference,</u> Sherbroke, Canada, 1977.

Gennarelli, T.A., **L.E. Thibault**, Neural Microtrauma, Proc. of Am. Assoc. Neurolog. Surg., Toronto, 1977.

Vern, B. A., W. H. Schuette and **L. E. Thibault**. "Potassium Clearance in the Cortex: A New Analytical Model." <u>J. Neurophysiol.</u> **4**(5): 1015-1022, 1977.

Devereaux, D.F., **Thibault, L.E.**, Boretos, J. and Brennan, M.F., "Quantitative and Qualitative Impairment of Wound Healing by Adriamycin," <u>Society of Surgical Oncology,</u> San Diego, CA, 1978.

Owens, S.W., Schuette, W.H., Bull, J.M., Lees, D., **Thibault, L.E.** and Wang-Peng, J., "The Effect of Thermally-Induced Respiratory Alkalosis on Enthrocyte 2.3 DPG Levels and Hemoglobin p50 Determinations," <u>53rd Congress International Anesthesia Research Society,</u> Hollywood, CA, 1979.

Devereaux, D. F., P. A. Thistlethwaite, **L. E. Thibault** and M. F. Brennan. "Effects of Tumor Bearing and Protein Depletion on Wound Breaking Strength in the Rat." J. of Surg. Res. **27**: 233-238, 1979.

Devereaux, D. F., **L. E. Thibault**, J. Boretos and M. F. Brennan. "The Quantitative and Qualitative Impairment of Wound Healing by Adriamycin." Cancer. **43**(3): 932-938, 1979.

Talbot, T. L., **L. E. Thibault,** W. H. Schuette, R. M. Winslow and H. W. Tipton. "Breath by Breath Gas Analysis During Exercise Stress Testing." Advances in Bioengineering. ed. M. Wells, pp.21-24, A.S.M.E. New York, 1979.

**Thibault, L. E.** and D. L. Fry. "Modulation of Evans Blue Dye Uptake in a Canine Aorta Tissue Preparation By Hydrodynamically-Induced Wall Shear Stress." Advances in Bioengineering. ed. V. Mow, pp.41-45, A.S.M.E. New York, 1980

Schuette, W.H., **Thibault, L.E.**, Talbot, T.L. and Tipon, H.W., "Synchronous Integration: A Method for Rapid Determination of the Mean Value of Pulsatile Signals," Association for the Advancement of Medical Instrumentation, San Francisco, CA, 1980.

Talbot, T.L., **Thibault, L.E.** and Schuette, W.H., "A System for Time-Gated, Pulsed-Doppler Velocity Profile Measurements," Association for the Advancement of Medical Instrumentation, San Francisco, CA, 1980.

**Thibault, L. E.** "The Modulation of Transendothelial Mass Transport by Hydrodynamically-Induced Wall Shear Stress." The Role of Fluid Mechanics in Atherosclerosis. ed. R. Nerem, pp. 26-30 National Science Foundation., Houston, 1980.

Lewis, C. A., **L. E. Thibault,** R. M. Pratt and L. L. Brinkley. "An Improved Culture System for Secondary Palatal Elevation." In Vitro. **16**(6): 453-460, 1980.

**Thibault, L. E.,** W. H. Schuette and D. Lees. "An Instrument to Determine the Hemoglobin-Oxygen Equilibrium Curve Based on the Calculated Diffusion of Oxygen Across a Semi-Permeable Membrane." J. Biomed. Eng. **18**: 401-406, 1980.

Devereaux, D. F., T. J. Triche, B. L. Webber, **L. E. Thibault** and M. F. Brennan. "A Study of Adriamycin Reduced Wound Breaking Strength in Rats: An Evaluation by Light and Electron Microscopy, Induction of Collagen Maturation and Hydroxyproline Assay." Cancer. **45**(4): 964-971, 1980.

Lees, D.E., Schuette, W.H., **Thibault, L.E.**, Kim, Y.E., Tipton, H.W., and MacNamara, T.E. "Computerized Determination of the Oxygen Dissociation Curve", Anesthes. **53**(3), Sept., 1980

**Thibault, L. E.,** J. A. Galbraith, C. J. Thompson and T. A. Gennarelli. "The Effects of High Strain Rate Uniaxial Extension on the Electrophysiology of Isolated Neural Tissue." <u>Advances in Bioengineering</u>. ed. D.Viano, pp 19-23, A.S.M.E. New York, 1981.

**Thibault, L. E.,** T. A. Gennarelli and C. J. Thompson. "Experimental Head Injury in the Primate: Functional Changes in Response to a Variation of the Kinematics." <u>Advances in Bioengineering</u>. ed. D. Viano pp- 50-54, A.S.M.E. New York, 1981

Shamberger, R. C., T. L. Talbot, H. W. Tipton, **L. E. Thibault** and M. F. Brennan. "The Effects of Ultrasonic and Thermal Treatment on Wounds." <u>J. of Plastic and Reconstruct. Surg.</u> **68**(6): 860-870, 1981.

Shamberger, R. C., P. A. Thistlethwaite, **L. E. Thibault,** T. L. Talbot and M. F. Brennan. "Effects of Testosterone Propionate on Wound Healing in Normal and Castrate Rats." <u>J. of Surg. Res.</u> **33**: 58-68, 1982.

Gennarelli, T. A. and **L. E. Thibault.** "Biomechanics of Acute Subdural Hematoma." <u>J. of Trauma.</u> **22**: 680-686, 1982.

Gennarelli, T. A., **L. E. Thibault,** J. H. Adams, D. I. Graham, C. J. Thompson and R. M. Marcincin. "Diffuse Axonal Injury and Traumatic Coma in the Primate." <u>Annal. Neurol.</u> **12**: 564-574, 1982.

**Thibault, L. E.,** A. Bianchi, J. A. Galbraith and T. A. Gennarelli. "Physical Model Experiments of the Brain Undergoing Dynamic Loading." <u>Advances in Bioengineering.</u> ed. L.Thibault , pp. 41-45, A.S.M.E. New York, 1982.

Gennarelli, T. A. and **L. E. Thibault.** "Acceleration Damage to the Brain." <u>Impact Caused by Linear Acceleration.</u> ed. J. Haley, pp. 101-109, NATO. Cologne, 1982.

**Thibault, L.E.**, Galbraith,J., and Gennarelli, T.A., "Mechanical Properties of the Baboon Brain: An in-vitro study", <u>Proceedings from 35th Annual Conference on Engineering in Medicine and Biology</u>, Philadelphia, PA, 1982

**Thibault, L. E.** and T. A. Gennarelli. "The Development of Intracranial Tissue Component Failure Criteria as a Consequence of Controlled Inertial Loading." <u>Impact Injury Caused by Linear Acceleration.</u> ed. J.Haley pp. 110-111, NATO. Cologne, 1982.

Gennarelli, T. A., **L. E. Thibault,** J. H. Adams, D. I. Graham, C. J. Thompson and R. M. Marcincin. "Diffuse Axonal Injury in the Primate." <u>Advances in Neural Trauma. ed. J.</u> Jane pp. 143-151, Raven Press, 1983.

Gennarelli, T. A., **L. E. Thibault,** R. M. Marcincin and C. J. Thompson. "Effect of Direction of Head Motion on Intracranial Pressure in Experimental Head Injury." <u>Intracranial Pressure.</u> IV ed.Sano, pp. 483-486, Springer-Verlag, 1983.

Gennarelli, T. A., **L. E. Thibault,** J. Jane and O. Steward. "Axonal Damage in Mild Head Injury Demonstrated by the Nauta Method." <u>Advances in Neurotraumatology.</u> ed.Villani, pp.37-41 Excerpta Medica, 1983

Gennarelli, T. A.and **L. E. Thibault,** "Experimental Production of Prolonged Traumatic Coma in the Primate." <u>Advances in Neurotraumatology.</u> ed Villani, pp 31-34 Excerpta Medica, 1983

**Thibault, L. E.** and D. L. Fry. "Mechanical Characterization of Membrane-Like Biological Tissue." <u>J. of Biomech. Eng.</u>  **105**: 31-38, 1983.

Adams, J. H., T. A. Gennarelli, D. I. Graham, G. Scott and **L. E. Thibault.** "Diffuse Axonal Injury in Non-Missile Head Injury." <u>Recent Advances in Neural Trauma.</u> ed. Harris, 1983 .

Winston, F.K., **Thibault, L.E.** and Macarak, E.J., "Effects of Cyclic Biaxial Strains on the Physiology and Morphology of Bovine Aortic Endothelial Cells," <u>American Chemical Society,</u> 189th Meeting, Miami, FL, 1984.

Hunter, C.M., **Thibault, L.E.,** Mueller, P., "A Method to Study Loading Effects on Channel-Doped Bilayers," <u>38th Annual Conference on Engineering in Medicine and Biology,</u> Chicago, IL, 1985.

Winston, F.K., **Thibault, L.E.** and Macarak, E.J., "The In-Vitro Response of Endothelium to Mechanical Loading," <u>38th Annual Conference on Engineering in Medicine and Biology,</u> Chicago, IL, 1985.

Galbraith, J., **Thibault, L.E.,** Matteson, D.R. and T.A. Gennarelli, "Effects of Uniaxial Stretch on the Squid Giant Axon," in <u>38th Annual Conference on Engineering in Medicine and Biology,</u> Chicago, IL, 1985.

Gennarelli, T. A., **L. E. Thibault,** J. H. Adams, D. I. Graham and C. J. Thompson. "Diffuse Axonal Injury and Traumatic Coma in the Primate." <u>Trauma of the Central Nervous System.</u> ed. R.G.Dacey, pp 169-193, Raven Press, New York, 1985.

Gennarelli, T. A., M. Pastusko, T. Sakamoto, G. Tomei, A. Duhaime, R. Wiser and **L. E. Thibault.** "ICP After Experimental Diffuse Head Injuries." <u>Intracranial Pressure VI.</u> ed.Teasdale pp 15-20 Springer-Verlag. Berlin,1985.

Margulies, S.S., **Thibault, L.E**. and Gennarelli, T.A., "Physical Models of Head Injury," <u>38th Annual Conference on Engineering in Medicine and Biology,</u> Chicago, IL, 1985.

Blum, R.H., **Thibault, L.E.** and Gennarelli, T.A., "In-Vivo Indentation of the Cerebral Cortex," <u>38th Annual Conference on Engineering in Medicine and Biology,</u> Chicago, IL, 1985.

Margulies, S. S., **L. E. Thibault** and T. A. Gennarelli. "A Study of Scaling and Head Injury Criteria Using Physical Model Experiments." Biokinetics of Impact., IRCOBI **14**: 223-234, 1985.

**Thibault, L. E.** and T. A. Gennarelli. "Biomechanics of Diffuse Brain Injuries." Experimental Safety Vehicles., **10**: 145-156, 1985.

Berger, R. L., H. E. Cascio, N. Davids, C. J. Gibson, M. Marini and **L. E. Thibault.** "An Automated Differential Thermal Potentiometric Titration Apparatus for Binding Studies." J. Biochem. and Biophys. Methods. **10**: 245-259, 1985.

Talbot, T. L., W. H. Schuette, H. W. Tipton, **L. E. Thibault,** F. L. Brown and R. M. Winslow. "Noninvasive Detection of the Anaerobic Threshold During Computer-Controlled Exercise Testing." J. Biomed.Eng. **23**: 579-584, 1985.

Graham, D. I., J. H. Adams, T. A. Gennarelli and **L. E. Thibault.** "The Distribution Nature and Time Course of Diffuse Axonal Injury." Brit. Soc. of Neuropath. , 1986.

Duhaime, A. C., T. A. Gennarelli, **L. E. Thibault,** D. A. Bruce, S. S. Margulies and R. Wiser. "The Shaken Baby Syndrome: A Clinical and Experimental Study." J. Neurosurg. **66**: 409-415, 1987.

Goldstein, D. C., H. L. Kundel, M. E. Daube-Witherspoon, **L. E. Thibault** and E. J. Goldstein. "A Silicone Gel Phantom Suitable for Multimodality Imaging." Investigative Radiology. **2**: 153-157, 1987.

Gennarelli, T. A., **L. E. Thibault,** G. Tomei, R. Wiser, D. I. Graham and J. H. Adams. "Directional Dependence of Brain Injury Due to Angular Acceleration." Stapp, S.A.E. **31**: 49-53, 1987.

Galbraith, J.A., **Thibault, L.E.,** Matteson, D.R. and Gennarelli, T.A., "Mechanical Characterization of the Isolated Axon and Associated Electrophysiological Changes," 13th Northeast Bioengineering Conference, Philadelphia, PA, 1987.

Winston, F.K., **Thibault, L.E.,** Gonfien, S. and Macarak, E.J., "Response of Endothelial Cells to Biaxial Deformation," 13th Northeast Bioengineering Conference, Philadelphia, PA. 1987.

Hunter, C.M., **Thibault, L.E.** and Mueller, P. "Effects of Strain on Transport Through Ion Channels," 13th Northeast Bioengineering Conference, Philadelphia, PA. 1987.

Winston, F.K., **Thibault, L.E.,** Gorfien, S.F. and Macarak, E.J., "A Mechanism for the Physiological Response of Endothelial Cells to Cyclic Biaxial Strains," Hugh Lofland Conference on Arterial Wall Metabolism, Winston-Salem, NC, 1987.

19

Hunter, C.M. and **Thibault, L.E.**, "Effects of Mechanical Strain on Ion Transport Across Channel Containing Lipid Bilayers," AIChE Annual Meeting, New York, NY, 1987.

*****Thibault, L.E.,** Winston, F.K., Gorfein, S.F. and Macarak, E.J., "Transients in Intracellular Ca$^{++}$: A Consequence of Mechanical Stimulation of Endothelial Cells in Culture," 8th International Conference of the Cardiovascular System Dynamics Society, Osaka, Japan, 1987.

Gorfien, S.F., **Thibault, L.E.**, Winston, F.K. and Macarak, E.J., "Fibronectin and Type III Collagen Production by Bovine Pulmonary Artery Endothelium Subjected to Cyclic Biaxial Strain," Cell Biology, Washington, D.C., 1987.

Winston, F.K., **Thibault, L.E.**, Gorfien, S.F. and Macarak, E.J., "Response of Endothelial Cells in Culture to Cyclic Biaxial Strain," AIChE Annual Meeting, New York, NY, 1987.

**Thibault, L. E.**, S. S. Margulies and T. A. Gennarelli. "The Temporal and Spatial Deformation Response of a Brain Model in Inertial Loading." Stapp, S.A.E. **31**: 267-272, 1987.

Barbee, K.A. and **Thibault, L.E.**, "Strain Measurements in Vascular Smooth Muscle Cells Grown on a Biaxially Stretched Substrate," IEEE, Engineering in Medicine and Biology, Seattle, WA, 1989.

Meaney, D.F. and **Thibault, L.E.**, "Using Physical Models to Determine Cortical Strains in the Brain During Dynamic Loading," IEEE, Engineering in Medicine and Biology, Seattle, WA, 1989.

Saatman, K.E. and **Thibault, L.E.**, "Rapid Elongation of a Myelinated Nerve Fiber: A Model for Neural Injury," IEEE, Engineering in Medicine and Biology, Seattle, WA, 1989.

**Thibault, L.E.** The Effects of Mechanical Deformation on Transmembrane Ion Transport: A Model for Cell Injury, Tissue Engineering, ed. S. Woo and Y. Seguchi , pp 39-42, ASME, New York, NY, 1989.

Boock, R.J. and **Thibault, L.E.**, "Dynamic Elongation of Fluid and Air-Filled Elastic Tubes: A Model for Cerebral Blood Vessel Trauma," IEEE, Engineering in Medicine and Biology, Seattle, WA, 1989.

Margulies, S. S. and **L. E. Thibault.** "An Analytical Model of Traumatic Diffuse Brain Injury." J. Biomech. Eng. **111**: 241-249, 1989.

Winston, F. K., E. J. Macarak, S. F. Gorfein and **L. E. Thibault.** "A System to Reproduce and Quantify the Biomechanical Environment of the Cell." J. App. Physio. **67**(1): 397-405, 1989.

Gorfein, S. F., F. K. Winston, **L. E. Thibault** and E. J. Macarak. "Mechanical Stimulation Reduces Soluble Fibronectin Secreted by Pulmonary Artery Endothelial Cells." J. Cell Physiol. **139**: 492-500, 1989.

Gennarelli, T.A., **Thibault, L.E.,** Tipperman, R., Tomei, G., Sergot, R., Brown, M., Maxwell, W.L., Graham, D.I., Adams, J.H., Irvine, A., Gennarelli, L.M., Duhaime, A.C., Boock, R., and Greenberg, J. Axonal injury in the optic nerve: A new model of mammalian central nervous system damage that simulates diffuse axonal injury in the brain. J. Neurosurgery, **71**: 244-250, 1989.

**\*Thibault, L.E.** The Biomechanical Aspects of Axonal Injury. First World Congress of Biomechanics, La Jolla, CA, 1990.

**\*Thibault, L.E.** A Model for Cell Membrane Permeability Changes in Response to Dynamic Mechanical Deformation. First World Congress of Biomechanics, La Jolla, CA, 1990.

Cargill, R.S. and **Thibault, L.E.** An In-vitro Model for Neural Trauma. First World Congress of Biomechanics, La Jolla, CA, 1990.

Boock, R.J. and **Thibault, L.E.** Cerebral Vascular Deformations in High Strain Rate Loading. First World Congress of Biomechanics, La Jolla, CA, 1990.

Meaney, D.F. and **Thibault, L.E.** Tissue Failure Criterion for Parasagittal Bridging Veins. First World Congress of Biomechanics, La Jolla, CA, 1990.

Barbee, K.A. and **Thibault, L.E.** Mechanically-induced Calcium Transients in Vascular Smooth Muscle. First World Congress of Biomechanics, La Jolla, CA, 1990.

Saatman, K.E. and **Thibault, L.E.** Change in Cytosolic Free Calcium Associated With Mechanical Stimulation of a Myelinated Axon First World Congress of Biomechanics, La Jolla, CA, 1990.

**\*Thibault, L.E.** Strain-Dependant Calcium Flux in Endothelial Cells in Culture. Lofland Conference, Hemodynamics and the Artery Wall, San Antonio, Tx, 1990.

Barbee, K.A. and **Thibault, L.E.** Model for the Mechanics of Vascular Smooth Muscle Cells Cultured on a Deformable Substrate. IEEE,Engineering in Medicine and Biology, Philadelphia, Pa., 1990.

Gennarelli, T.A, **L.E. Thibault,** D. Ross, and D.F. Meaney, Enhancement of Axonal Damage in the Forebrain Using Contralateral Craniectomy During Controlled Cortical Impact Injury in the Rat, 8th Annual Neurotrauma Meeting, 1990, St. Louis, MO.

21

Boock, R.J. and **Thibault, L.E.** An Experimental and Analytical Approach to the Development of a Range of Neurovascular Trauma Indices. Biokinetics of Impact, IRCOBI, **19**: 169-180, 1990.

Meaney, D.F. and **Thibault, L.E.** Physical Model Studies of Cortical Brain Deformation in Response to High Strain Rate Inertial Loading. Biokinetics of Impact, IRCOBI **19**: 215-224,1990.

**Thibault, L.E.**, Gennarelli, T.A., Margulies, S.S., Marcus, J. and Eppinger, R. The Strain Dependent Pathophysiological Consequences of Inertial Loading on Central Nervous System Tissue. Biokinetics of Impact, IRCOBI, **19**: 191-202, 1990.

**Thibault, L.E.** and Gennarelli, T.A. Brain Injury: An Analysis of Neural And Neurovascular Trauma in the Non-human Primate. AAAM, **34:** 337-352, 1990.

Margulies, S.S., **Thibault, L.E.** and Gennarelli, T.A. Physical model simulations of brain injury of the primate. J. Biomechanics, **23** (8): 823-836, 1990.

**\*Thibault, L.** Single Cell and Isolated Tissue Models for CNS Trauma. in Biomechanics of Trauma. 1991, Detroit, MI.

**\*Thibault, L.** and K. Barbee. Strain Rate Sensitivity of Enhanced Calcium Permeability: A Model for Cell Injury in Culture. in Third US-China-Japan Conference on Biomechanics. 1991. Atlanta, GA.

Gennarelli, T., **Thibault, L.**, Goldstein, D., Bilston, L., Brasko, J., Meaney, D., and Ross, D. Axonal Injury in the Rat Cerebral Cortex in a Modified Rigid Indentor Cortical Impact Model, 9th Annual Neurotrauma Meeting, 1991, New Orleans, LA.

**\*Thibault, L.E.** and Barbee, K. Micromechanical Analysis of Vascular Tissue Subjected to Controlled Mechanical Stimulation in Cell Culture. FASEB Workshop Atlanta, Ga., 1991

Saatman, K. and **Thibault, L.E.**, Myelinated Nerve Fiber Response to Dynamic Uniaxial Stretch, Biokinetics of Impact, IRCOBI , **12**, 115-125, 1991.

**Thibault, L.E.**, R. Boock, and T. Gennarelli. Strain Dependent Ischemia in Brain Tissue as a Function of Inertial Loading of the Head, Biokinetics of Impact, IRCOBI, **12**, 101-113, 1991.

Barbee, K. and **L. Thibault.** Mechanically Induced Vascular Smooth Muscle Contraction and Cellular Injury. Advances in Bioengineering **21**: 34-37, ASME Pub. NY, 1991.,

**Thibault, L.E.**, Landsman, A.S., The Response of Aging Aortic Endothelium to Mechanical Stimulation in Cell Culture, Biomechanics Symposium, AMD-v, **120**, ed. R.L. Spliker, Friedman, M.H., p. 5-9, ASME Pub, NY, 1991.

Boock, R. and **L. Thibault**. Strain and Strain Rate Dependent Vasoconstriction, Advances in Bioengineering, 21: 38-41, ASME Pub, NY,1991.

Kotapka, M.J., Gennarelli, T.A., Graham, D.I., Adams, J.H., **Thibault, L.E.**, Ross, D.T. and Ian Ford, Selective Vulnerability of Hippocampal Neurons in Acceleration-Induced Experimental Head Injury. J. Neurotrauma 8:247-258, 1991.

Landsman, A.S., **Thibault, L.E.**, Meaney, D.F., Cargill, R.S., A New System to Study Mechanical Deformation and the Resultant Calcium Transients in Endothelial Cells, Advances in Bioengineering, **22**: 9-13, ed. M.W. Bidez, ASME Pub., NY, 1992.

Bilston L.E., D.F. Meaney, **L.E. Thibault**, "Modeling the Mechanical Properties of the Cervical Spinal Cord", Advances in Bioengineering, **22**: 71-75, ed. M.W. Bidez, ASME Pub., NY, 1992.

Saatman, K.E., **Thibault, L.E.**, Meaney, D.F., The Biomechanics of Isolated Myelinated Nerve as Related to Brain Injury, Advances in Bioengineering, 22: 549-553, ed. M.W. Bidez, ASME Pub., NY, 1992.

Gennarelli T.A., **L.E.Thibault**, D. Goldstein, L. Bilston, J. Brasko, D.F. Meaney, D.T. Ross, Axonal Injury in the Rat Cortex in a Modified Rigid Indenter Cortical Impact Model, J Neurotrauma 9:60, 1992.

**\*Thibault, L.E.** Single Cell and Isolated Tissue Models for CNS Trauma, Biomechanics of Trauma, Detroit, Michigan, 1992.

Margulies, S.S., and **Thibault, L.E.**, T.A. A Proposed Human Tolerance Criteria for Diffuse Axonal Injury. J. Biomechanics, **25**: 917-923, 1992

**Thibault, L.E.**, Meaney, D.F., Marmarou, A., and Anderson B. Biomechanical Aspects of the Fluid Percussion Model for Brain Injury, J. Neurotrauma **9** (**4**), 311-322, 1992.

**Thibault, L.E.**, Meaney, D.F., Gennarelli, T.A., A Model of the Intracellular Calcium Distribution Throughout the Brain as a Function of Inertial Loading in Various Planes, Biokinetics of Impact, IRCOBI, **13**, 311-319,1992.

Cargill, R.S., **Thibault, L.E.**, The Use of In Vitro Models for Neural Injury With Superimposed Hypoxia in the Development of New Head Injury Tolerance Criteria, Biokinetics of Impact, IRCOBI, **13**, 320-328, 1992.

Meaney, D.F., **Thibault, L.E.**, Gennarelli, T.A., Rotational Brain Injury Tolerance Criteria as a Function of Vehicle Crash Parameters, Biokinetics of Impact, IRCOBI, **14**, 1992.

Margulies SS, Meaney DF, Bilston LB, **Thibault LE**, Campeau NG, Riederer SJ. In vivo motion of the human cervical spinal cord in extension and flexion. Biokinetics of Impact, IRCOBI; 213-224, 1992.

Meaney, D.F., **L.E. Thibault,** J. Brasko, D.T. Ross, T.A. Gennarelli, "Significance of impact velocity in the production of axonal injury in the rat cerebral cortex using rigid indentation", Journal of Neurotrauma, v. 9, no. 3, p. 393, 1993.

Ommaya, A.K., **Thibault, L.E.**, Boock, R., Meaney, D.F., "The Talk and Die (TAD) Syndrome: A Possible Biomechanical Mechanism", ASTM , 1993.

Meaney, D.F., **Thibault, L.E.**, "A multidisciplinary approach for investigating the biomechanical aspects of axonal injury", Proceedings of the Third Injury Prevention Through Biomechanics Symposium, pp. 229-239, 1993.

Galbraith, JA, Thibault,LE, and Mattesou, DR. Mechanical and electrical responses of the squid giant axon to simple elongation. Journal of Biomechanical Engineering 115(1): 13-22, 1993.

Meaney, D.F., K.L. Thibault, T.A. Gennarelli, **L.E. Thibault**, "Experimental investigation of the relationship between head kinematics and intracranial tissue deformation", Advances in Bioengineering, v. 24: 8-11, 1993.

Ross, D.T., D.F. Meaney, D.H. Smith, J.A. Brasko, **L.E. Thibault,** T.A. Gennarelli, "Distribution of diffuse axonal injury following inertial closed head injury in the miniature swine" Soc. Neurosci. Abstr., v. 19, Part 2, p.1486, 1993.

Barbee, K.A. and **Thibault, L.E.**, Micromechanical Analysis of Vascular Tissue Subjected to Controlled Mechanical Stimulation, FASEB, Atlanta, GA, 1991.

Meaney, D.F., **Thibault. L.E.**, Smith, D., Ross, D.T., Gennarelli, T.A., "Diffuse axonal injury in the miniature pig:  Biomechanical development and injury threshold", Advances in Bioengineering, 1993

LaPlaca, M.C., Cargill, R.S., and **Thibault, L.E.**  Intracellular free calcium shifts in cultured neurons in response to mechanical injury. 11th Annual Neurotrauma Society Meeting, Washington, DC, 1993.

Goldstein, D., Meaney, D., and **Thibault, L.**  Electrophysiological Response of the Crayfish Ventral Spinal Cord to Tensile Loading.  11th Annual Neurotrauma Society Meeting,  1993, Washington, DC.

**Thibault, L.E.**, Brain Injury from the Macro to the Micro Level and Back Again: What Have We Learned to Date?, Biokinetics of Impact, IRCOBI, **14**, 3-25, 1993.

24

Bilston, L.E., D. F. Meaney, **Thibault, L.E.,** The Development of a Physical Model to Measure Strain in a Surrogate Spinal Cord During Hyperflexion and Hyperextension, Biokinetics of Impact, IRCOBI, **14**, 255-268, 1993.

Boock, B., Doan, D., and Goldstein, D., **Thibault, L.E.,** Model for short-term intracranial pressure changes following traumatic injury, Annals of Biomedical Engineering, **21**, 645-653, 1993.

Winston, F.K., Macarak, E.J. and **Thibault, L.E.**, An Analysis of the Time-Dependent Changes in Intracellular Calcium Concentration in Endothelial Cells in Cell Culture, J. Biomech. Eng., **115** (2), 160-168, 1993.

Goldstein, D., and **Thibault, L.** An In Vitro Model of Spinal Cord Injury After Uniaxial Loading. 2nd World Congress of Biomechanics, Amsterdam, The Netherlands, July, 1994

Bilston, L.E., and **L.E. Thibault**, "Kinematics of the in vivo human cervical spine in flexion and extension", 2nd World Congress of Biomechanics, Amsterdam, The Netherlands, July 1994.

LaPlaca, M.C., and **Thibault, L.E.,** An in-vitro Model: Mechanical Response of Cultured Neurons to Hydrodynamic Loading, Advances in Bioengineering, 1994.

K.B. Arbogast, D.F. Meaney, **L.E. Thibault.** "A physical model study of the biomechanics of upper brainstem injury." 2nd World Congress of Biomechanics, Amsterdam, The Netherlands, July, 1994.

Cargill, R.S., **Thibault, L.E.** "Strain and Strain Rate Dependence of the Mechanically Induced Increase in Cytosolic Free Calcium of Neural-like Cells.", 2nd World Congress of Biomechanics, Amsterdam, The Netherlands, 1994.

LaPlaca, M.C. and, **Thibault L.E.**, A Novel Cell Shearing Device to Study Injury of Neurons in-vitro, Second World Congress of Biomechanics, Amsterdam, 1994

Barbee, K.A., Macarak E.J., and **Thibault, L.E**., Strain Measurements in Cultured Vascular Smooth Muscle Cells Subjected to Mechanical Deformation, Annals of Biomedical Engineering, **22**: 1, 1994.

McGonigle, P., S. McElligot, J. Brasko, D. Meaney, **L. Thibault**, T. Gennarelli, D. Ross "Patterns of decreased striatal [$^3$H]kainic acid binding correlate with the topography of corticostriatal degeneration following modified cortical impact in adult rats", J Neurotrauma 11:119, 1994

Brasko, J., K.Arbogast, D. Meaney, **L. Thibault,** T. Gennarelli, D. Ross, "Patterns of axonal and neuronal injury following application of mild negative pressure to the cortical surface of adult rats", J Neurotrauma, 11:104, 1994

25

Goldstein, D.M., D.F. Meaney, **L.E. Thibault,** "Electrophysiological response of the crayfish ventral spinal cord to tensile loading", J Neurotrauma, Vol. 11 (1), 1994

Welsh F.A., Harris V.A., Brasco J., Meaney, D.F., **Thibault, L.E.**, Gennarelli, T.A.,and Ross,D.T., Association of c-fos Expression Patterns with the Topography of Cortico-Cortical Neuronal Injury Contralateral to Modified Cortical Impact in Adult Rats. J. Neurotrauma 11:130, 1994

Meaney, D.F., **Thibault, L.E.**, and Gennarelli, T.A. Rotational Brain Injury Tolerance Criteria as a Function of Vehicle Crash Parameters, IRCOBI, 51-62, 1994

LaPlaca, M.C., Cargill, R.S., and **Thibault, L.E.**, Intracellular Free Calcium Shifts in Cultured Neurons in Response to Mechanical Injury, J. Neurotrauma, 11 (1):116,1994.

Ommaya, A., Bandak, F and **Thibault, L.**, Mechanics of Impact Head Injury; J. Impact Eng., 15, (4), 535-560, 1994.

Meaney, D. F., **Thibault, L.E.**, Winkelstein, B.A., Brasko, J., Ross, D.T., Gennarelli, T.A., "Modification of the cortical impact brain injury model to produce axonal damage in the rat cerebral cortex", J. Neurotrauma, 11: 5, 599-612, 1995

LaPlaca, M.C., and **Thibault, L.E.**, Role of Free Calcium in the Response of Cultured Ntera 2 Neurons to Mechanical Injury, J. Neurotrauma 12 (1) :128, 1995.

Goldstein, D., and **Thibault, L.E.**, A Uniaxial Loading Model for Spinal cord Injury using Suction Electrodes to Cause Deformation, Neurotrauma Society, Miami, 1995.

LaPlaca, M.C. and **Thibault, L.E.**, MK-801 Reduces Glutamate-induced Cytosolic Free Calcium Increases in Mechanically Injured Ntera-2 Neurons, J. Neurotrauma,12(5):969, 1995

Munir,M., LaPlaca,M.C., **Thibault, L.E.**, McGonigle, P. Changes in Intracellular Free Calcium Levels During Delayed Excitotoxicity and Rescue in NT2-N Neurons, Society for Neuroscience 21:1344, 1995.

LaPlaca ,M.C., Djali, S., Saatman, K.E., and **Thibault, L.E.**, Glutamate Mediated Cell Damage in Mechanically Injured Ntera-2 Neurons, Society for Neuroscience 21:497, 1995.

Rubin, Y., LaPlaca, M.C., Smith, D. H., **Thibault, L.E.**, and Lenkinski, R.E., The Effects of N-acetyaspartate Acid on the Intracellular Free Calcium Concentration in Ntera2-neurons, Neuroscience Letters 198: 209-212, 1995.

26

Mazuchowski, E. L., Whitley, P.E., and **Thibault, L.E.** Cervical Spinal Cord Injury Tolerance Under +Gz Acceleration, AGARD, Vol 579, 1995

LaPlaca, M.C., Billiar, K.L., Goldstein, D., and **Thibault, L.E.**, Biomechanical Considerations for Modeling Brain and Spinal Cord Injury in-vitro, J. Neurotrauma, 12 (3): 374, 1995.

La Placa, M.C., Barbee, K.A., Blackman, B.R., and **Thibault, L.E.**, An in-vitro Model for Investigating Mechanisms of Traumatic Neural Injury, CDC-Wayne State Injury Research Volume, 1996

Cargill, R. S., and **Thibault, L.E.**, Acute Alterations in Calcium in NG108-15 Cells Subjected to High Strain Rate Deformation and Chemical Hypoxia: An In- Vitro Model for Neural Trauma, J. Neurotrauma, **13**, 7, 395-407, 1996.

Goldstein, D.M., Mazuchowski, E.L., Whitley, P.E., and **Thibault, L.E.**, The Mechanical and Electrophysiological Response of the Spinal Cord to Uniaxial Dynamic Loading, CDC-Wayne State Injury Research Volume, 1996.

**Thibault, L.E.**, Gennarelli, T.A., Goldstein, D.and Fijan, R.S., "Biomechanical Thinking: Head Injury in Roadway Crashes", Recovery (7), 3, 1996.

Barbee, K.A., LaPlaca, M.C., Blackman, B.R., and **Thibault, L.E.**, The Loading-Rate Sensitivity of Endothelial Cells to Flow, ASME Mechanics and Materials, 1996.

Blackman, B.R., Laplaca, M.C., Barbee, K.A., and **Thibault, L.E.**, Sensitivity of Endothelial Cell Response to the Onset Rate of Shear Stress, Advances in Bioengineering, Vol. 33 195-197, 1996.

LaPlaca, M.C., and **Thibault, L.E.**, Evidence of a Mechanical Contribution in the Response on Ntera-2 Neurons to a Rapid Deformation Injury in-vitro, J. Neurotrauma, 13(10): 608, 1996.

LaPlaca, M.C. and **Thibault, L.E.,** An In Vitro Traumatic Injury Model to Examine the Response of Neurons to a Hydrodynamically - Induced Deformation, Annal of Biomed Eng, **25**: 665 - 677, 1997.

La Placa, M.C., Lee, V. M. - Y., and **Thibault, L.E.**, An In Vitro Model of Traumatic Neuronal Injury: Loading Rate - Dependent Changes in Acute Cytosolic Calcium and Lactate Dehydrogenase Release, J. Neurotrauma, **14** (6), 355 - 368, 1997.

Torg, J.S., Corcoran, T.A., **Thibault, L.E.**, Pavlov, H., Sennett, B.J., Naranja, R. J., and Priano, S., Cervical Cord Neuropraxia: Classification, Pathomechanics, Morbidity, and Management Guidlines, J. Neurosurg, **87**: 843 -850, 1997.

Bilston, L.E. and **Thibault, L.E.**, The Mechanical Properties of the Human Cervical Spinal Cord, Annal of Biomed Eng, **24** (1), 67 - 74, 1997.

Bilston, L.E. and **Thibault, L.E.**, The Biomechanics of the Cervical Spinal Cord During Hyperflexion and Hyperextension Injuries, I.J. Crashworthiness, **2** (2) 207 - 218, 1997.

Cargill, R. S., and **Thibault, L.E.**, Acute Alterations in Calcium in NG108-15 Cells Subjected to High Strain Rate Deformation and Chemical Hypoxia: An In- Vitro Model for Neural Trauma, J. Neurotrauma, **13** (7), 395-407, 1997.

**Thibault, L.E.**, Gennarelli, T.A., Goldstein, D. and Fijan, R.S., "Biomechanical Thinking: Head Injury in Roadway Crashes", Recovery **7** (3), 1997.

Blackman, B.R., Barbee, K.A., and **Thibault, L.E.**, An Investigation of the Temporal Gradient of Shear Stress as a Modulator of Endothelial Cell Response, A.S.M.E. Advances in Bioengineering, 1997.

Goldstein, D. M., Mazuchowski, E. L., Gdula, W., and **Thibault, L.E.**, In Vitro and Mathematical Models of Axonal Injury in CNS Trauma, WSU Injury Research Advances, 1997.

Mazuchowski, E. L., Thibault, K. L., Youssef, A., Kurtz, S.M., Barbee, K.A., and **Thibault, L.E.**, Structural and Mechanical Properties of the Developing Human Skull with Numerical Simulation During Impact Loading, WSU Injury Research Advances, 1997.

Blackman, B., **Thibault, L**. and Barbee, K., Calcium Response of Endothelial Cells to Shear Stress: New Insight into an Old Controversy, Biomedical Engineering Society Meeting, San Diego, CA, 1997.

LaPlaca, M.C., Blackman, B.R., **Thibault, L.E.** and Barbee, K.A., Alterations in Intracellular Free Calcium Concentration and LDH Release Due to Hydrodynamic-Induced Deformation, WSU Injury Research Advances, 1997.

LaPlaca, M.C. and **Thibault, L.E.**, Dynamic Mechanical Deformation of Neurons Triggers an Acute Calcium Response and Cell Injury Involving the N-Methyl-D-Aspartate Glutamate Receptor, Journal of Neuroscience Research **52**; 220-229, 1998.

Gennarelli, T.A., **Thibault, L.E.**, and Graham, D.I., Diffuse Axonal Injury: An Important Form of Traumatic Brain Injury, The Neuroscientist, 4: 3, 202-215, 1998.

Runge, C.F., Youssef, A., Thibault, K. L., Kurtz, S.M., Magram, G., and **Thibault, L.E.**, Material Properties of the Human Infant Skull and Suture: Experiments and Numerical Analysis, WSU Injury Research Advances, 1998.

Barbee, K. A., Yazdi, J., Fijan, R., Croul, S.E., and, **Thibault L. E.**, Basic Mechanics of the Guinea Pig Optic Nerve Stretch Model for CNS Injury, WSU Injury Research Advances, 1998.

Barbee, K., Blackman, B. and **Thibault, L.** Neural Cell Injury: Characterization and Treatment Strategies, Third World Congress of Biomechanics, Sapporo, Japan, 1998

Kurtz S. M., Thibault, K. L., Giddings, V. L., Runge, C. F., and **Thibault, L. E.**, Finite Element Analysis of the Deformation of the Human Infant Head Under Impact Conditions, WSU Injury Research Advances, 1998.

Barbee, K. A., Ford, C. M., Blackman, B. R., and **Thibault, L. E.**, Neural Cell Injury: Characterization and Treatment Strategy, WSU Injury Research Advances, 1998.

Kurtz, S.M., **Thibault, K.L.**, Kothari, M., Giddings, V.L. and **Thibault, L.E.** "Structural Response of the Infant Braincase to Multidirectional Impacts." World Congress of Biomechanics, Japan, 1998.

Thibault, K.L., Kurtz, S.M., Runge, C.F., Giddings, V.L. and **Thibault, L.E.** "Numerical Assessment of Skull Fracture, Diffuse Brain Injury and Subdural Hematoma Risk for the Pediatric Population." CDC Ninth Injury Prevention Through Biomechanics Symposium, Detroit, MI, 1999.

Thibault, K.L., Kurtz, S.M., Runge, C.F., Giddings, V.L. and **Thibault, L.E.** "Material Properties of the Infant Skull and Application to Numerical Analysis of Pediatric Head Injury." International IRCOBI Conference on the Biomechanics of Impact, Sitges, Spain, 1999.

Blackman,B.R., Barbee, K.A., and **Thibault, L.E.**, In vitro cell shearing device to investigate the dynamic response of cells to a controlled hydrodynamic environment. Annals of Biomedical Engineering, 28(4): 363-72, 2000.

Blackman, B.R., **Thibault, L.E.**, and Barbee, K.A., Selective modulation of endothelial cell [Ca ] response to flow by the onset rate of shear stress. Journal of Biomechanical Engineering. 122(3): 274-282, 2000

Ommaya, A.K., Goldsmith, W., and **Thibault, L.**, Biomechanics and neuropathology of adult and paediatric head injury. Brit. Journal of Neurosurg., 16(3): 220-242, 2002

Thibault, K.L., Giddings, V.L., **Thibault, L.E.**, Computer Simulation of Infantile Head Injury Mechanics, (to be submitted) 2003.

Barbee, K.A., Blackman, B.R., Thibault,K.L., **Thibault, L.E.**, Membrane Injury and Neural Trauma, (to be submitted) 2003.

Barbee, K.A., Yazdi, J., Croul, S.E., **Thibault, L.E.**, An In Vivo Model for Axonal Injury, (to be submitted) 2003.

Thibault, K.L., Youssef, A., Magram, G., **Thibault, L.E.** Mechanical Characterization of the Developing Skull, (to be submitted) 2003.

Barbee, K. Yazdi, J., Thibault, K.L., Croul, S. and **Thibault, L.E.**, In Vivo Mechanics of the Guinea Pig Optic Nerve, (to be submitted), 2003.

Barbee, K., Yazdi, J., Thibault, K.L., Croul, S., and **Thibault, L.E.**, Production and Detection of Acute Axonal Injury In Vivo, (to be submitted), 2003.

Hunter, C.M., Thibault, K.L., **Thibault, L.E.**, "Effect of biaxial strain of artificial lipid bilayers", (to be submitted), 2003.

**Thibault, L.E.** and Thibault, K.T., "Stretch Induced Intracellular Calcium Transients in an Isolated Axon: A Model for Neural Injury." (to be submitted), 2003.

**Thibault, K.L.** ,Fijan, R.F., McGinnis, G. and Thibault, L.E. A Computer Based System for Administration of Neuropsychological Testing in Cases of Mild Traumatic Brain Injury. (to be submitted), 2003.

McGinnis, G., **Thibault, K.L.** and Thibault, L.E. Preliminary Study of Mild Traumatic Brain Injury Using a PC Based System - Pre and Post Concussive Findings. (to be submitted), 2003.

**Thibault, K.L.** McGinnis, G., and Thibault, L.E. Processing Time as a Measure of Concussion Severity. (to be submitted), 2003.

Meaney, D. F., Thibaukt, K.L.and **L. E. Thibault**. "A parametric study using physical models to investigate superior margin brain deformation"

Meaney, D. F., Thibault,L.E. and **L. E. Thibault**. "Ultimate failure limit of parasagittal bridging veins across a range of age groups"

Landsman, A.S., D.F. Meaney, **L.E. Thibault**, E.J. Macarak, "Physiologic response and strain rate dependence of endothelial cells to measured regional cellular deformation".

Landsman, A.S., **L.E. Thibault**, R.S. Cargill, "Strain Rate Dependence of Intracellular Calcium Transients Observed in Bovine Aortic Endothelial Cells".

Lawrence E. Thibault, Sc.D.

## PROGRAMS/PROJECT RESPONSIBILITIES (INDUSTRIAL AND GOVERNMENT RESEARCH LABORATORY EXPERIENCE 1963-1979)

### U.S. Naval Ship Engineering Center:

Vibration Studies of the J75-FT4 Gas Turbine Propulsion System

Vibration Studies of the Saturn Gas Turbine Driven Generator System

Controls System Analysis of the Jupiter Gas Turbine Driven Generator System

Sea Salt Aerosol Studies for the Development of Separator Systems for Gas Turbine Engines

Control System Design for Smokeless Combustion in Gas Turbine Propulsion Systems

Field Studies, Trouble-Shooting, Failure Analysis and Repair of Gas Turbine Engines in the Fleet

All reports written for Department of Defense Documentation Center.

### Westinghouse Research and Development Center:

Whole Body Oxygen Uptake Rate Monitor

Blood Oxygen Content Analyzer

Continuous Blood p02 Catheter

Portable Breathing Apparatus for Emergency Use

Computerized Patient Monitoring System with Non-Fade Display, Electronic Memory and Arrhythmia Detection

Long-Term Portable Breathing Apparatus with $CO_2$. Scrubbing and Chemical Generation of Oxygen

Rescue Vehicle for Mine Disasters

### National Institutes of Health:

System for the Experimental Investigation of Head Injury in the Primate, NINCDS

31

Kinematic Linkage to Produce Controlled Inertial Loading of an Experimental Model in Head Injury Research, NINCDS Dense Piezoelectric Accelerometer for Use in the Brain During Inertial Loading Studies, NINCDS

Physical Models of the Skull and Brain for Use in Dynamic Moire Analysis of Strain, NINCDS

System for the Experimental Investigation of Head Injury in the Primate, NINCDS Solid-State Programmer for Auto-Sequencing High Speed Photography, Oscillographic Recording, Hydraulic and Pneumatic Operations in Experimental Head Injury, NINCDS

Kinematic Linkage to Produce Controlled Inertial Loading of Experimental Animal Model in Head Injury Research, NINCDS

System to Obtain High Speed X-Rays of Implants in the Brian Undergoing Steady-State Vibration, NINCDS

Neutrally Dense Piezoelectric Accelerometer for Use in the Brain During Inertial Loading Studies, NINCDS

Physical Models of the Skull and Brain for Use in Dynamic Moire Analysis of Strain, NINCDS

Fluidic Controlled Indentor for Studies of Brain Tissue Deformation and Concomitant Neurophysiological Alterations, NINCDS

Optical Device for the Measurement of Intracranial Pressure, NINCDS

Life Support System for Papillary Muscle Culture Including Dialysis and Membrane Oxygenation, NHLBI

Isometric Force Transducer and Electrical Simulation for Muscle Tissue Culture Systems, NHLBI

System to Culture Palatal Specimens from Fetal Mice Including Video Monitoring via Fibre Optic Probes of the Palatal Region, NIDR

System to Measure the Mechanical Properties of Skin, NCI

Fluidic-Controlled Pulsatile Mattress for Surgical Tables, NINCDS

System to Apply Controlled Levels of Hydrodynamically-Induced Wall Shear Stress on Arterial Tissue Specimens In-Vitro, NHLBI

Automated System for Video-Densitometry, NHLBI

32

Calibration System for an Electrochemical Shear-Rate Transducer, NHLBI
Automated Differential, pH, Thermal, Titration Apparatus, NHLBI

Automated System to Measure the Hemoglobin-Oxygen Equilibrium Curve for Sample of Whole Blood or Hemoglobin Solutions, NHLBI

Capillary Membrane Oxygenator, NIA

Reaction Cell for Automated Potentiometric Titration and Spectrophotometric Analysis, NIAMD

System to Mechanically Stress Biological Cell in Culture, NIDR

Automated and Computer-Controlled Exercise Stress Test Device Which Includes the Determination of Anaerobic Threshold from Respiratory Gas Analysis, NHLBI

System to Produce Transient Hydrostatic Pressure Loading and Large Scale Deformation of Nerve Fibers In-Vitro, NINCDS

System to Study the Somatosensory Evoked Responses in Children and Adults Through Mechanical Stimulation of the Proprioceptive Fibers, NINCDS

Device to Measure the Displacement of the Axonal Membrane of the Squid During the Propagation of the Action Potential, NIMH

System to Automatically Decontaminate an Ultracentrifuge and Its Contents in the Event of Catastrophic Failure, NIAID

Device to Measure the Mechanical Properties of Peripheral Nerve In Situ, NINCDS

Thermistor for the Measurement of Heats of Reaction in Protein Titrations, NHLBI

Analytical Model for Potassium Transport in the Cortex, NINCDS

Analysis of Heat Transfer During Whole Body Hyperthermia Treatment of Metastatic Cancer, NCI

Lawrence E. Thibault, Sc.D.

## CONSULTING ACTIVITIES:

| | |
|---|---|
| 1975-1976 | Armed Forces Radiobiology Research Institute, |
| 1980-1986 | Southwest Research Institute |
| 1980-Present | National Institutes of Health, National Heart, Lung, and Blood Institute, Laboratory for Technical Development |
| 1981 | Chairman, National Consensus Workshop on Head and Neck Injury, Experimental Modeling, NHTSA, D.O.T. |
| 1982-Present | United States Army |
| 1983-Present | National Institutes of Health, National Institute of Arthritis and Metabolic Disease |
| 1983 | Association Peugeot -Renault |
| 1983 | Commonwealth of Pennsylvania, Department of Transportation |
| 1983-Present | Commonwealth of Pennsylvania, Attorney General |
| 1984-Present | National Institutes of Health, National Institute of Neurological Communicative Disease and Stroke |
| 1984-Present | Technical Advisory Board, Neonatal Products, CAS Medical |
| 1986 | Joint Chiefs of Staff, Department of Defense. |
| 1986-Present | General Motors Corporation |
| 1989-Present | Chrysler Corporation. |
| 1990-Present | Suzuki |
| 1992 | The Whitaker Foundation |
| 1992-Present | Daimler Benz |
| 1992-Present | Bell Sports |
| 1993-Present | Yamaha |

34

| | |
|---|---|
| 1995-Present | Black and Decker |
| 1995-Present | Makita |
| 1994-Present | The National Center for Injury Prevention and Control CDC, Atlanta |
| 1994-Present | Honda |
| 1994-Present | Mazda |
| 1994-Present | Ford Motor Company |
| 1994-Present | Daimler Chrysler |
| 1998-Present | The National Football League |
| 1999-Present | Specialty |
| 2000-Present | Isuzu |
| 2000-Present | Conrail |
| 2000-Present | Fisher - Price |
| 2000-Present | Riddell |
| 2000-Present | Canadian Pacific |
| 2001-Present | Kia |
| 2001-Present | Nissan |
| 2002-Present | Freightliner |
| 2002-Present | Graco |
| 2002-Present | New Jersey Transit |
| 2002-Present | SEPTA |
| 2002-Present | PECO |
| 2003-Present | Volvo |

# Lawrence Thibault's Testimony (July 2001-current)

| Caption | Taiquan Barlow | | Caption | Hillock v. Graco | |
|---|---|---|---|---|---|
| **Trial** | | | **Trial** | | |
| **Deposition** | 4/9/2003 | | **Deposition** | 5/16/2002 | |

| Caption | McLaughlin v. Michael R. Brassard and Fisher Engineering | | Caption | Perry v. Badger Express | |
|---|---|---|---|---|---|
| **Trial** | | | **Trial** | | |
| **Deposition** | 9/13/2002 | | **Deposition** | 11/7/2002 | |

| Caption | Mulligan v. Essex County Improvement Authority | | Caption | Mohney v. Bauer | |
|---|---|---|---|---|---|
| **Trial** | | | **Trial** | | |
| **Deposition** | 4/15/2002 | | **Deposition** | 10/16/2002 | |

| Caption | Gonzalez v. Bermudez | | Caption | Briggs v. Graco | |
|---|---|---|---|---|---|
| **Trial** | | | **Trial** | | |
| **Deposition** | 6/25/2002 | | **Deposition** | 2/2/2004 | |

| Caption | Garmon v. Daimler Chrysler Corporation, et al. | | Caption | Parikh v. Migala & The Fitness Super Store, Inc. | |
|---|---|---|---|---|---|
| **Trial** | | | **Trial** | | |
| **Deposition** | 10/4/2002 | | **Deposition** | 5/21/2003 | |

| Caption | Vaden v. Bell Helmets, Inc., et al. | | Caption | Zatlokovicz v. Conrail | |
|---|---|---|---|---|---|
| **Trial** | | | **Trial** | | |
| **Deposition** | 5/10/2002 | | **Deposition** | 10/29/2002 | |

| Caption | Perez and Castanon v. Riddell, Inc., et al. | | Caption | Jopson v. Bugada | |
|---|---|---|---|---|---|
| **Trial** | | | **Trial** | | |
| **Deposition** | 5/22/2002 | | **Deposition** | 7/23/2003 | |

| Caption | Marsella v. DePiano | | Caption | Kania v. Larson | |
|---|---|---|---|---|---|
| **Trial** | | | **Trial** | | |
| **Deposition** | 3/19/2002 | | **Deposition** | 11/24/2003 | |

| Caption | Sosa v. Giovine | | Caption | Abbott v. Freightliner | |
|---|---|---|---|---|---|
| **Trial** | | | **Trial** | | |
| **Deposition** | 6/14/2002 | | **Deposition** | 3/4/2004 | |

| Caption | Dresdner v. Chrysler | | Caption | Frometa v. Velda Farms | |
|---|---|---|---|---|---|
| **Trial** | | | **Trial** | | |
| **Deposition** | 11/13/2002 | | **Deposition** | 5/1/2003 | |

# Lawrence Thibault's Testimony (July 2001-Current)

| Caption Umali v. USA Cycling | | Caption Roberts v. McRay Crane & Rigging, Inc. | |
|---|---|---|---|
| Trial | | Trial | |
| Deposition | 10/29/2003 | Deposition | 3/30/2005 |

| Caption Rosen v. USF Red Star | | Caption Albo v. Evenflo | |
|---|---|---|---|
| Trial | | Trial | |
| Deposition | 6/3/2004 | Deposition | 12/14/2005 |

| Caption Garcia v. Atlantis Submarines | | Caption Wozniak v. Metabo AG | |
|---|---|---|---|
| Trial | | Trial | |
| Deposition | 4/26/2005 | Deposition | 6/29/2005 |

| Caption Valdivia v. Century Products | | Caption Schroeder (Rachel) | |
|---|---|---|---|
| Trial | | Trial | 3/11/2002 |
| Deposition | 3/2/2004 | Deposition | |

| Caption Bell v. Suzuki | | Caption Calabrese v. Konick, et. al. | |
|---|---|---|---|
| Trial | | Trial | 4/24/2002 |
| Deposition | 8/31/2004 | Deposition | |

| Caption Gibson v. DaimlerChrysler | | Caption Benjamin v. Mehrtens | |
|---|---|---|---|
| Trial | | Trial | 6/11/2002 |
| Deposition | 5/18/2005 | Deposition | |

| Caption Wheaton v. Ford Motor Company | | Caption Clark v. DeMarsico | |
|---|---|---|---|
| Trial | | Trial | 6/21/2002 |
| Deposition | 3/4/2005 | Deposition | 4/18/2002 |

| Caption Lawson v. Graco | | Caption Fedor v. Freightliner | |
|---|---|---|---|
| Trial | | Trial | 7/11/2002 |
| Deposition | 9/17/2004 | Deposition | |

| Caption Tedder v. Ford Motor Company | | Caption Milligan v. Ford | |
|---|---|---|---|
| Trial | | Trial | 8/22/2002 |
| Deposition | 1/18/2006 | Deposition | 10/9/2001 |

| Caption Benson v. Riddell | | Caption Sison v. Daimler Chrysler, Corp. | |
|---|---|---|---|
| Trial | | Trial | 8/23/2002 |
| Deposition | 7/8/2005 | Deposition | |

# Lawrence Thibault's Testimony (July 2001-Current)

| **Caption** Potochnick v. Perry | **Caption** Dredden v. Mazoch |
|---|---|
| **Trial** 10/15/2002 | **Trial** 4/1/2004 |
| **Deposition** | **Deposition** |

| **Caption** Schwartz v. General Motors | **Caption** Sanders v. Bauer |
|---|---|
| **Trial** 10/23/2002 | **Trial** 10/22/2004 |
| **Deposition** | **Deposition** 12/16/2003 |

| **Caption** Stapleton v. Freightliner | **Caption** Schneider, Christopher |
|---|---|
| **Trial** 12/18/2002 | **Trial** 1/25/2005 |
| **Deposition** 8/16/2002 | **Deposition** |

| **Caption** Quinby ( John) | **Caption** Nguyen v. State Farm |
|---|---|
| **Trial** 1/28/2003 | **Trial** 2/3/2005 |
| **Deposition** | **Deposition** 8/24/2004 |

| **Caption** Levering v. Bryant | **Caption** McIntyre v. Clark Equipment Company |
|---|---|
| **Trial** 4/2/2003 | **Trial** 4/21/2005 |
| **Deposition** | **Deposition** |

| **Caption** Commonwealth v. Galt, III | **Caption** Limburg v. Koehring Cranes, Inc. |
|---|---|
| **Trial** 5/6/2003 | **Trial** 10/20/2005 |
| **Deposition** | **Deposition** 6/24/2005 |

| **Caption** Allen v. GM |
|---|
| **Trial** 6/13/2003 |
| **Deposition** 3/13/2003 |

| **Caption** Carpenter v. Mobile Dredging and Pumping Co. |
|---|
| **Trial** 6/17/2003 |
| **Deposition** |

| **Caption** DeGenaro v. Ford |
|---|
| **Trial** 11/12/2003 |
| **Deposition** |

| **Caption** Womack v. Fallon |
|---|
| **Trial** 3/30/2004 |
| **Deposition** |