UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUKIO KUSADA,<br>    Plaintiff<br><br>vs.<br><br><br>NORTHFIELD MOUNT HERMON<br>SCHOOL, FRANCIS MILLARD and<br>MICHAEL ATKINS,<br>    Defendants<br><br>v.<br><br>TAKERU KUSADA<br>    Third Party Defendant | )<br>)<br>)<br>)  Civil Action<br>)  No.:  Civil Action No.: 05-30043-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**OPPOSITION OF PLAINTIFF YUKIO KUSADA TO MOTION OF DEFENDANTS, NORTHFIELD MOUNT HERMON SCHOOL, FRANCIS MILLARD, AND MICHAEL ATKINS, FOR SUMMARY JUDGMENT**

The plaintiff, Yukio Kusada, hereby opposes the motion of defendants, Northfield Mount Hermon School, Francis Millard, and Michael Atkins for Summary Judgment.

By His Attorneys

BREAKSTONE, WHITE-LIEF & GLUCK, P.C.

/s/ Ronald E. Gluck

RONALD E. GLUCK
BBO #196950
Two Center Plaza
Suite 530
Boston, MA  02108-1906
(617) 723-7676

/s/ Heather A. Engman

HEATHER A. ENGMAN
BBO # 662304
Two Center Plaza, Suite 530
Boston, MA  02108-1906
(617) 723-7676

## Certificate of Service

I, certify that this document field through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 22, 2006 via first class mail.

_____
Heather A. Engman

_____
Ronald E. Gluck