# Holland+Knight

Tel 617 523 2700
Fax 617 523 6850

Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116-3889
www.hklaw.com

January 12, 2007

Harold W. Potter, Jr.
617 573 5815
harold.potter@hklaw.com

*Via Facsimile*
The Honorable Michael A. Ponsor
USDC
Federal Building and Courthouse
1550 Main Street, Room 539
Springfield, MA 01103

      Re:    Yukio Kusada v. Northfield Mount Hermon School
              U.S.D.C. No. 05-30043-MAP

Dear Judge Ponsor:

As a follow up to our status conference in this matter on October 26, 2006, a motion for summary judgment was filed by defendants on November 27, 2006, and plaintiff's opposition was filed on December 22, 2006. A hearing subsequently was scheduled for February 14, 2007.

The parties have talked and decided that it would be appropriate to engage in mediation prior to proceeding further. As requested by the Court on October 26, 2006 that we advise you of our intentions in this regard on or before January 12, 2007, I am advising the Court on behalf of all parties that we are in the process of engaging a mediator for that purpose. Due to logistics, including but not limited to, a date when everyone is available and the prospect that Mrs. Kusada will have to travel from Japan to attend the session, the parties do not believe that we are likely to be able to get it done prior to the scheduled February 14, 2007 hearing. Accordingly, and respectfully, the parties request that the hearing on the motion for summary judgment be rescheduled to a date in March.

Sincerely yours,

HOLLAND & KNIGHT LLP

Harold W. Potter, Jr.

HWP/gmm

cc:    Ronald E. Gluck, Esq.

# 4297384_v1