# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

YUKIO KUSADA,
       Plaintiff

V.                                            CIVIL ACTION NO. 05-30043MAP

NORTHFIELD MOUNT HERMON SCHOOL, ET AL
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

PONSOR, D.J.

    The Court having been advised on March 16, 2007 that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                    By the Court,

March 19, 2007                                /s/ Mary Finn
Date                                                   Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                                   [stlmtodism.]