UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUKIO KUSADA,<br><br>    Plaintiff,<br><br>v.<br><br>BERKSHIRE EAST SKI RESORT, UNION TERMINAL PIERS, INC., NORTHFIELD MOUNT HERMON SCHOOL, FRANCIS MILLARD and MICHAEL ATKINS,<br><br>    Defendants.<br>v.<br><br>TAKERU KUSADA,<br><br>    Third Party Defendant. | Civil Action No. 05-30043-MAP |

## STIPULATION OF DISMISSAL

The parties to this action, by their attorneys, hereby stipulate that it be dismissed with prejudice without interest or costs for any party and waiving all rights to appeal.

YUKIO KUSADA

By his Attorneys,

BREAKSTONE, WHITE-LIEF & GLUCK, P.C.

Ronald E. Gluck
BBO # 196950
Two Center Plaza, Suite 530
Boston, MA 02108-1906
(617) 723-7676

Dated: 3/14/7

# 4411959_v1

NORTHFIELD MOUNT HERMON SCHOOL, FRANCIS MILLARD AND MICHAEL ATKINS

By their attorneys

HOLLAND & KNIGHT, LLP

Harold W. Potter, Jr.
BBO # 404240
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: 3/9/2007